United States District Court for the District of Columbia - 333 Constitution Ave., N.W. Washington D.C. - 20001.

Mr John Laws Foster Sr
11-R-ST-N.E-APT-101
Washington DC - 20002

VS

Howard University Hospital
Angela R. Williams # 466263
Office of the General Counsel
2400-6th Street N.W. Suite 321
Washington DC 20059
(202) 806-2650 Office
(202) 806-6357 (Facsimile)
Attorney for Defendant

FILED
FEB 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER 1:06CV00244
JUDGE: John D. Bates
DECK TYPE: Civil Rights (non-employme
DATE STAMP: 02/10/2006

JURY ACTION

"Complaint"

On November 2, 2005, I John Laws Foster Sr was brought to Howard University Hospital by Ambulance. I was not waited on for eight hours, until finally I was forced to leave, to get Medical attention from a drug store (over)

RECEIVED
JAN 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

"Complaint"

Foster
vs
Hospital H.U.H

My head was swollen about six inches, and my left hand was also swollen. I had know Idea to this very day, if anything was broken or not. This violates the nineteen-Sixty-four, Federal civil rights law, outlawing segregation in a public Facility. Howard University is a public facility. They refused to X-ray my head and my hand. I am asking for a trial by Jury, and demand Judgement in the sum of $250,000,000, Two Hundred and fifty million dollars. I want the court to order Howard University Hospital to pay me Mr John Lous Foster Sr, Two Hundred and fifty millions dollars ($250,000,000) for violating my civil rights.

Mr John Lous Foster Sr
11-R-ST-N.E-APT-101
Wash DC    2000?

# Metropolitan Police Department — Incident-Based Event Report
Washington, D.C.

## PART I – CLASSIFICATION OF EVENT

**1. TYPE OF REPORT:** ● Offense   ○ Incident

**FILL IN THE OVALS COMPLETELY** — Right Mark: ●   Wrong Marks: ⊘ ⊗ ⊖

**2. DATE AND TIME OF EVENT**
- Start Date: 07/05 (Nov)  Start Time: 12:35
- End Date: 07/05 (Nov)   End Time: 12:42

**3. DATE OF REPORT:** 07/05 (Nov)
**4. TIME OF REPORT:** 13:12
**5. DISTRICT:** 5
**6. SECTOR:** 1
**7. BEAT:** 151
**8. COMPLAINT NUMBER:** 157561

**9. EVENT LOCATION ADDRESS:** 11 R ST NE
   u/oc
   ● In front of

**10. REPORT RECEIVED BY:** ● Radio run
**11. IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?:** ● Yes
**12. PROPERTY TYPE:** ● Public

**13. EVENT NO. 1:** ADW Brick/Stick
**14. EVENT NO. 2:**
**15. EVENT NO. 3:**

**16. FORCED ENTRY:** ● No
**17. POINT OF ENTRY:** n/a
**18a. Method Used:** n/a
**18b. Tools Used:** n/a
**19. WEATHER CONDITIONS:** ● Clear

**20. SUSPECTED HATE CRIME?:** ● None
**21. SECURITY SYSTEM:** ● Not applicable

**22. LOCATION TYPE:** ● Street/Highway/Road
**23. DESIGNATED AREAS:** ● Other

## PART II – VICTIM INFORMATION

**24. NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** John Lauis Foster
**25. RELATED TO EVENT NO(S):** ● 1

**26. VICTIM TYPE:** ● Individual
**27. DATE OF BIRTH:** Jan 16 45 (01/16/45?)  — Month: Jan, Day: 16, Year: 45
**28. AGE RANGE:** ● 18-65 yrs.
**29. SEX:** ● Male
**30. HOME PHONE:** ( ) none
**31. BUSINESS PHONE:** ( )
**32. RACE/ETHNICITY:** ● Black

**33. HOME ADDRESS:** ● DC Resident — 11 R ST. NE #101
**34. BUSINESS ADDRESS/SCHOOL:** Retired
**35. OCCUPATION:** n/a
**36. IS EVENT RELATED TO OCCUPATION?:** ● No

**37. ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1:**

**52. STATUS (Mark one):** ● Closed by arrest, attach PD-252
**53. REVIEWER:**
**54. DISTRIBUTION:**

06 0244
FILED
FEB 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-251 4/99                              Printed in U.S.A.                           PAGE 1

**55. IS VICTIM #1 THE REPORTING PERSON?** ● Yes ○ No
Enter the name, address and phone number of the reporting person.
Name: _____  Address: _____  Phone-Area Code: _____

**56. DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER?** ○ Yes ● No

**56A. WAS PD FORM 378A ISSUED?** ○ Yes ● No

**57. IS CPO/TPO OUTSTANDING?** ○ Yes ● No ○ Unknown   IF YES, ENTER CPO/TPO #: _____

**58. INJURIES** — Use the following codes to describe injuries. (Mark all that apply)
- N = None Visible
- M = Apparent Minor Injury
- B = Apparent Broken Bones
- O = Other Major Injury
- I = Possible Internal Injury
- G = Gunshot
- L = Severe Laceration
- T = Loss of Teeth
- U = Unconscious

| Injured | Number | Injury Code | Describe Injury | Where Taken | By Whom | DCFD Amb. | DCFD Amb. # | Status |
|---|---|---|---|---|---|---|---|---|
| ● Victim | ① ② ③ ④ ⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | Lacerations to L/Hand and Nose | Howard | DCFD Amb. | ● Yes ○ No | 15 | ○ Admitted ● Released |
| ○ Suspect | ⑥ ⑦ ⑧ ⑨ | Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Victim | ① ② ③ ④ ⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Suspect | ⑥ ⑦ ⑧ ⑨ | Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Victim | ① ② ③ ④ ⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Suspect | ⑥ ⑦ ⑧ ⑨ | Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Victim | ① ② ③ ④ ⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Suspect | ⑥ ⑦ ⑧ ⑨ | Ⓖ Ⓛ Ⓣ Ⓤ | | | | | | |

## PART III - PROPERTY

**59. Codes:** S = Stolen, E = Evidence, R = Recovered, F = Found, I = Impounded, V = Vehicle from which theft occurred, D = Alleged drug type, L = Lost, P = Suspected proceeds of crime, O = Other

**a. Property Book & Page No.:** _____  **b. Location of Property Book:** _____

| Code | Description of Item(s) | Serial Number/Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |

TOTAL VALUE ▶

**60. VEHICLE INFORMATION** — Vehicle operated/used by: ○ Victim ○ Suspect ○ Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

## PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

**61. #1** ● Suspect ○ Missing
- **a. Race:** ○ Asian ● Black ○ White ○ Latino/Hispanic ○ Unknown ○ Other
- **b. Sex:** ● Male ○ Female ○ Unknown
- **c. Exact Age or Range:** 41
- **d. Height:** 5'11"
- **e. Weight:** 185
- **f. Eyes:** BRN
- **g. Hair:** Bald
- **h. Complexion:** med
- **i. Scars:** unk
- **j. Mustache:** none
- **k. Facial Hair:** none
- **l. Hat:** white
- **m. Coat/Jacket:** Black
- **n. Pants:** Blue Jeans
- **o. Blouse/Shirt:** Blue
- **p. Perpetrator Suspected of Using:** ○ Alcohol ○ Computer ○ Drugs ○ N/A

**q. Weapons Used in Offense (Mark all that apply)**

Firearm: ○ Handgun ○ Shotgun ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic ○ Other firearm
Other: ○ Cutting instrument ○ Blunt object ○ Motor vehicle ○ Hands/Feet/Teeth ○ None ○ Unknown ○ Other (specify)

| Color | Make | Model | Caliber |
|---|---|---|---|
|  |  |  |  |

**62. #2** ○ Suspect ○ Missing
- **a. Race:** ○ Asian ○ Black ○ White ○ Latino/Hispanic ○ Unknown ○ Other
- **b. Sex:** ○ Male ○ Female ○ Unknown
- **c. Exact Age or Range:** 
- **d. Height:** 
- **e. Weight:** 
- **f. Eyes:** 
- **g. Hair:** 
- h. Complexion / i. Scars / j. Mustache / k. Facial Hair / l. Hat / m. Coat/Jacket / n. Pants / o. Blouse/Shirt
- **p. Perpetrator Suspected of Using:** ○ Alcohol ○ Computer ○ Drugs ○ N/A

**q. Weapons Used in Offense (Mark all that apply)**

Firearm: ○ Handgun ○ Shotgun ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic ○ Other firearm
Other: ○ Cutting instrument ○ Blunt object ○ Motor vehicle ○ Hands/Feet/Teeth ○ None ○ Unknown ○ Other (specify)

| Color | Make | Model | Caliber |
|---|---|---|---|
|  |  |  |  |

**63. #3** ○ Suspect ○ Missing
- **a. Race:** ○ Asian ○ Black ○ White ○ Latino/Hispanic ○ Unknown ○ Other
- **b. Sex:** ○ Male ○ Female ○ Unknown
- **c. Exact Age or Range:**
- **d. Height:**
- **e. Weight:**
- **f. Eyes:**
- **g. Hair:**
- h. Complexion / i. Scars / j. Mustache / k. Facial Hair / l. Hat / m. Coat/Jacket / n. Pants / o. Blouse/Shirt
- **p. Perpetrator Suspected of Using:** ○ Alcohol ○ Computer ○ Drugs ○ N/A

**q. Weapons Used in Offense (Mark all that apply)**

Firearm: ○ Handgun ○ Shotgun ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic ○ Other firearm
Other: ○ Cutting instrument ○ Blunt object ○ Motor vehicle ○ Hands/Feet/Teeth ○ None ○ Unknown ○ Other (specify)

| Color | Make | Model | Caliber |
|---|---|---|---|
|  |  |  |  |

*Value of vehicles to be entered by Information Processing section

CCN _____

**PART V - MISSING PERSONS**

| 64 | PROBABLE CAUSE OF ABSENCE AND DESTINATION | 65 | COMPLAINT NUMBER: 151561 |

| 66 | IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED | 67 | CLASSIFICATION: ○ Critical  ○ Non-critical | 68 | CLASSIFIED BY: |

| 69 | PHYSICAL/MENTAL CONDITION (i.e., diabetic) | 70 | DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | 71 | NAME OF PARENT/GUARDIAN |

| 72 | ADDRESS OF PARENT/GUARDIAN | 73 | IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | 74 | MISSING PERSON SECTION NOTIFIED (Name) |

**75 NARRATIVE** Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued

C-1 Reports while sitting on the front porch area of the listed location S-1 spit on him.

C-1 further advised S-1 then threw a brick at him which missed, at which time S-1 picked up a stick and began to hit C-1 on his left hand and facial area about 2 to 3 times, causing the listed injuries.

C-1 then ran on foot away from the area to flag down help.

Engine-16 and Ambulance-15 responded to the scene and transported C-1 to Howard Hospital for treatment.

Crime Scene responded to Howard Hospital to photograph C-1's injuries.

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | 79 TELETYPE # |
| T. Lyons 9239 | w/ Harris 5055 | | | |

| 80 REPORTING OFFICER'S SIGNATURE | ELEMENT | 81 OTHER POLICE AGENCY | 82 SECOND OFFICER'S NAME | ELEMENT | 83 SIGNATURE OF SUPERVISOR | ELEMENT |
| | 5D | ○ USCP  ○ USSS  ○ METRO TRANSIT  ○ OTHER | | | | 5D |

**PART VI - ADDITIONAL INFORMATION** (Use PD Form ___ for additional victims or suspects.)

## Complainant/Victim No. 1

**84. NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1**

**85. RELATED TO EVENT NO(S).** ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩

**86. VICTIM TYPE**
- ○ Individual
- ○ Financial inst.
- ○ Religious org.
- ○ Police officer
- ○ Business
- ○ Government
- ○ Society/Public
- ○ Other

**87. DATE OF BIRTH** ○ Unknown ○ NA

| Month | Day | Year |
|---|---|---|
| Jan | | |
| Feb | | |
| Mar | ⓪ ⓪ | ⓪ ⓪ |
| Apr | ① ① | ① ① |
| May | ② ② | ② ② |
| Jun | ③ ③ | ③ ③ |
| Jul | ④ ④ | ④ ④ |
| Aug | ⑤ ⑤ | ⑤ ⑤ |
| Sep | ⑥ ⑥ | ⑥ |
| Oct | ⑦ ⑦ | ⑦ |
| Nov | ⑧ ⑧ | ⑧ |
| Dec | ⑨ ⑨ | ⑨ |

**88. AGE RANGE**
- ○ 0-1 yr.
- ○ 2-12 yrs.
- ○ 13-17 yrs.
- ○ 18-65 yrs.
- ○ Over 65

**89. SEX**
- ○ Male
- ○ Female
- ○ Unknown

**90. HOME PHONE** (   )

**91. BUSINESS PHONE** (   )

**92. RACE/ETHNICITY (Mark all that apply)**
- ○ American Indian/Alaskan Native
- ○ Asian/Pacific Islander
- ○ Black
- ○ Chinese
- ○ Latino/Hispanic
- ○ Jamaican
- ○ Japanese
- ○ Korean
- ○ Vietnamese
- ○ White
- ○ Other
- ○ Unknown/Refused

**93. HOME ADDRESS** ○ DC Resident ○ Non-DC Resident ○ Unknown

**94. BUSINESS ADDRESS/SCHOOL**

**95. OCCUPATION**

**96. IS EVENT RELATED TO OCCUPATION?** ○ Yes ○ No ○ Unknown

**97. ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

## Complainant/Victim (second)

**98. NAME OF COMPLAINANT/V___/MISSING PERSON NO. 1**

**99. RELATED TO EVENT NO(S)** ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩

**100. VICTIM TYPE**
- ○ Individual
- ○ Financial inst.
- ○ Religious org.
- ○ Police officer
- ○ Business
- ○ Government
- ○ Society/Public
- ○ Other

**101. DATE OF BIRTH** ○ Unknown ○ NA

| Month | Day | Year |
|---|---|---|
| Jan | | |
| Feb | | |
| Mar | ⓪ ⓪ | ⓪ ⓪ |
| Apr | ① ① | ① ① |
| May | ② ② | ② ② |
| Jun | ③ ③ | ③ ③ |
| Jul | ④ ④ | ④ ④ |
| Aug | ⑤ ⑤ | ⑤ ⑤ |
| Sep | ⑥ ⑥ | ⑥ ⑥ |
| Oct | ⑦ ⑦ | ⑦ ⑦ |
| Nov | ⑧ ⑧ | ⑧ ⑧ |
| Dec | ⑨ ⑨ | ⑨ |

**102. AGE RANGE**
- ○ 0-1 yr.
- ○ 2-12 yrs.
- ○ 13-17 yrs.
- ○ 18-65 yrs.
- ○ Over 65

**103. SEX**
- ○ Male
- ○ Female
- ○ Unknown

**104. HOME PHONE** (   )

**105. BUSINESS PHONE** (   )

**106. RACE/ETHNICITY (Mark all that apply)**
- ○ American Indian/Alaskan Native
- ○ Asian/Pacific Islander
- ○ Black
- ○ Chinese
- ○ Latino/Hispanic
- ○ Jamaican
- ○ Japanese
- ○ Korean
- ○ Vietnamese
- ○ White
- ○ Other
- ○ Unknown/Refused

**107. HOME ADDRESS** ○ DC Resident ○ Non-DC Resident ○ Unknown

**108. BUSINESS ADDRESS/SCHOOL**

**109. OCCUPATION**

**110. IS EVENT RELATED TO OCCUPATION?** ○ Yes ○ No ○ Unknown

**111. ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

## Suspects

**112. #1 Suspect Missing**

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| Asian / White / Unknown / Black / Latino/Hispanic / Other | Male / Female / Unknown | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm | | | Other | | | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| Handgun / Revolver / Rifle | Shotgun / Semi-automatic / Automatic | Other firearm | Cutting instrument / Blunt object / Motor vehicle | Hands/Feet/Teeth / None / Unknown | ○ Other (specify) | | | | |

**113. #2 Suspect Missing**

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| Asian / White / Unknown / Black / Latino/Hispanic / Other | Male / Female / Unknown | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm | | | Other | | | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| Handgun / Revolver / Rifle | Shotgun / Semi-automatic / Automatic | Other firearm | Cutting instrument / Blunt object / Motor vehicle | Hands/Feet/Teeth / None / Unknown | ○ Other (specify) | | | | |

**114. #3 Suspect Missing**

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| Asian / White / Unknown / Black / Latino/Hispanic / Other | Male / Female / Unknown | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm | | | Other | | | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| Handgun / Revolver / Rifle | Shotgun / Semi-automatic / Automatic | Other firearm | Cutting instrument / Blunt object / Motor vehicle | Hands/Feet/Teeth / None / Unknown | ○ Other (specify) | | | | |

CCN _____

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

UNITED STATES OF AMERICA
DISTRICT OF COLUMBIA

v.

Ricky Pearson

PDID NO. 310-162

Intake Date: 11-8-05

Lock Up No. 21

Criminal Case No. 2005 CF1 726-05

**RELEASE ORDER ADDENDUM**

You, the defendant in this case, are being released from custody pending further court appearances in your case. You MUST obey the following conditions, which are being imposed IN ADDITION to any other conditions that the Court may impose pursuant to D.C. Code Section 23-1321. You MUST abide by these conditions until this case is disposed of or until they are changed by the Court.

☒  YOU ARE TO STAY AWAY FROM THE PERSON(S) LISTED BELOW:  Names and addresses (if applicable) of victims/witnesses:

John Foster

YOU, THE DEFENDANT, ARE TO HAVE NO CONTACT WITH ANY OF THE PERSONS NAMED ABOVE BY ANY MEANS WHATSOEVER. THIS MEANS THAT YOU SHALL REMAIN AT LEAST 100 YARDS AWAY FROM THEM, THEIR HOME, AND/OR THEIR PLACE OF EMPLOYMENT, AND THAT YOU SHALL NOT COMMUNICATE OR EVEN ATTEMPT TO COMMUNICATE WITH ANY OF THESE PERSONS NAMED ABOVE, EITHER DIRECTLY OR THROUGH ANY OTHER PERSON (EXCEPT THROUGH YOUR LAWYER), BY TELEPHONE, WRITTEN MESSAGE, ELECTRONIC MESSAGE, PAGER, OR OTHERWISE.

☐  YOU ARE TO STAY AWAY FROM THE FOLLOWING PLACE(S) OR AREA(S):

☐  A check here means a map is attached          Area(s) Affected _____

☐  YOU MUST ALSO OBSERVE THE FOLLOWING CONDITION(S):

*ANY VIOLATION OF ANY OF THESE CONDITIONS, OR ANY OTHER CONDITION IMPOSED BY THE COURT, MAY RESULT IN IMMEDIATE NOTIFICATION BEING MADE TO THE COURT AND COULD RESULT IN YOUR PROSECUTION FOR CONTEMPT OF COURT, THE REVOCATION OF YOUR RELEASE PURSUANT TO D.C. CODE SECTION 23-1329, AND/OR YOUR DETENTION PENDING FINAL DISPOSITION OF THIS CASE.*

DATE: _____            SO ORDERED:

_____                   _____
Signature of Defendant                   Signature of Judicial Officer

WHITE - COURT JACKET      BLUE - DEFENDANT    YELLOW - DEFENSE COUNSEL
GREEN - PRETRIAL SERVICES AGENCY   GOLD - MPD    PINK - U.S. ATTORNEY

FORM GJ-12
REV. MAR. 7, 2001