United States District Court for the District of Columbia:

Mr John Laws Foster - Pro-Se
11-R-ST. N.E- APT-101
WASH, DC 20002

VS

Howard University Hospital
Angela R. Williams # 466203
Office of General Counsel
2400-6th Street N-W.- Suite 321
Wash-D.C- 20059

Civil Actions #
0 602 44 -
Judge Roberts

Motion for Money Judgement against H.U.H

This motion is to make the Court aware of Federal Health Care offense - Title 18 Crimes and Criminal Procedure, Page 3 - United States code -1994- Edition - Supplement V -1994 Edition. I would like the Court to award me John Laws Foster-Pro-Se in the amount of 250,000,000 - Two Hundred and Fifty Million Dollars for the Violation of my civil Rights. The 1964 - Civil Rights Violation.

( over - next page )

RECEIVED
MAR - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court for the
District of Columbia

Civil Action #
06 0244
Judge Roberts

Foster
vs
H.U.H
Hospital

Motion Con't
Health Care Violation

and also in my Exhibit title - Statement.
The last recorded visit Date to Howard University Hospital is dated August 1-06 and August 2-06. There is no dated transaction between me and Howard Hospital on Nov 7, 06; but that is the Date the Ambulance and Police brought me to the Hospital. It shows I was not X-Rayed, a Referring to my Head Injure and my hand Injure.