SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Felony Branch

UNITED STATES OF AMERICA        :
                                :
        v.                      :   Criminal No. M 11728-05
                                :   Trial: March 13, 2006
RICKY PEARSON                   :

### NOTICE TO PATIENT REGARDING MEDICAL RECORDS

On January 12, 2006, the Defendant in the above-captioned matter filed a request for authorization of a <u>subpoena duces tecum</u> for certain of your medical records at Howard University Hospital and the District of Columbia Fire Department Ambulance Number 15. Attached is a copy of the request. A patient has an interest in maintaining the confidentiality of his or her medical records. In <u>Brown v. United States</u>, 567 A. 2d 426 (1989), the Court of Appeals for the District of Columbia reaffirmed that the doctor-patient privilege "belongs primarily to the patient," <u>Id.</u> at 427, and stated that it is "often, if not always, [ ] appropriate to give the person whose records are being sought notice and an opportunity to be heard." <u>Id.</u> at 428.

John L. Foster is hereby given an opportunity to inform the court, in writing, by February 21, 2006 of his position on the release of his medical records in connection with the above-entitled case, U.S. v. Ricky Pearson M 11728-05. John L. Foster can write to Judge Jeanette J. Clark, Superior Court of the District of Columbia, Chambers 2620, 500 Indiana Avenue, NW, Washington, DC 20001.

If John L. Foster does not respond by February 21, 2006, the records produced by the hospital will be subject to an <u>in camera</u> inspection by Judge Clark in chambers to determine whether there is any portion of the medical records which should be disclosed to the defense in the interests of justice.

If John L. Foster opposes the request in writing by February 21, 2006, he will be assigned an attorney to represent him in a hearing to be held to determine whether the medical records should be released to the defendant over his objection.

_____
The Honorable Jeanette J. Clark
(Signed in Chambers)

February 3, 2006
Date

Copies Mailed on the 3rd day of February to:

Oscar Simmons
Public Defender Service
633 Indiana Ave, N.W.
Washington, D.C. 20004

John L. Foster
11 R Street NE #101
Washington, D.C. 20002

2

AO 240 (Rev. for DC 7/99) Application to Proceed

John Laws Foster, Sr.
11-R-ST-N-E
APT-101
WASH, DC 20002

James St. Amant
Upper Cardozo Health Clinic
3020-14th-ST-NW - WASH, DC 20002

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

v.

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

Case Number:

U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2002 JUL 22 AM 10:59
NANCY M. MAYER-WHITTINGTON

I, John Laws Foster Sr., declare that I am the (check appropriate box)

☒ petitioner/plaintiff        ☐ movant (filing 28 U.S.C. 2255 motion)
☐ respondent/defendant        ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Federal Health Care Offense - Title 18 Crimes and Criminal Procedure - Page 3 - United States Code, 1994 - Edition Supplement V - 1994 Edition

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes ☐    No ☒

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   June 1990, Longshoreman - Injured on Job
   $2,600 per month

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment?    Yes ☐    No ☒
   b. Rent payments, interest or dividends?                      Yes ☐    No ☒
   c. Pensions, annuities or life insurance payments?            Yes ☐    No ☒
   d. Gifts or inheritances?                                     Yes ☐    No ☒
   e. Any other sources?                                         Yes ☐    No ☒

United States District Court for the District of Columbia

John Laws Foster sr
11-R-ST-NE
APT-101
WASH, DC 20002

vs

James St. Amant - Director
Upper Cadozo Health Clinic
30-20-14th ST-NW
WASH, DC 20002

Complaint

Federal Health offense

Title 18 - Crimes and Criminal Procedure - Page 3
United States Code 1994 Edition - Supplement V
Title 18-22, January 4, 1995, to January 23, 2000
124 - Definition relating to "Federal Health care offense" (A) As used in this title, the term "Federal Health offense", means a violation of or a criminal conspiracy to violate; (1) section 669, 1035, 1347, or 1518 of this title; (2) section 287, 371, 664, 666, 1001, 1027, 1341, 1343, or 1954 of this title, if the violation, or conspiracy relates to a health care benefit program

James St. Amant

United States District Court for
the District of Columbia

## Complaint II

(B) As used in this title, the term "Health Core benefit program," means any public or private plan, a Contract, affecting Commerce, under which any medical benefit, item, or service is provided to any individual, and includes any individual or entity who is providing a medical benefit, item or service for which payment may be made under the plan or contract.

## Complaint III

I John Laus Foster want the Court to order James St. Amant the upper Cardozo clinic to stop violating Federal Health Core laws, and open its doors to me and everyone else. Also I would like a Jury of twelve and Damages in the amounts of $6,000,000.

John Laus Foster SR
11-R-ST-NE
APT- 101
WASH, DC 20002

Superior Court of the District of Columbia

01-0008305

I John Laws Foster Sr. - for the last six years Have been going to D.C. General, Howard University Hospital and the Upper Cardozo Center for atheletes foot fungus and Jock Itch fungus. It leaves and it returns in a couple of months or when it feels like it. Finally there came out a new product, called "Lamisil". I started using that but the fungus returned. They (the Pharmacist said that "Lamisil" had a tablet that you can take, but you need a prescription. I hurried to the Upper Cardozo Center to get a prescription from one of the Doctors. Because of my Poverty I could go no where else. They (James St. Amant the head of the center and the Doctors that work there <u>refuse me</u> admission, diagnoses and examination on 10-29-01- and 10-28-01.

RECEIVED
Civil Clerk's Office
NOV 09 2001
Superior Court of the District of Columbia

★ — Title 45 — Public Welfare — 45-1- to 45-4
★ — Title 42 — Public Health — 42-1- to 42-2
      Food and Drugs — FD-1- to FD-6
★ — Health Laws — HL-1- to HL-5

<u>Refused</u> admissions
  "    "    diagnosis
  "    "    Examinations

32.86 <u>Admissions to facilities</u>
<u>any person with a disease</u> who presents himself <u>for care</u>
<u>or treatment</u> by the proper health authority of any
<u>state or territory</u>, or the District of <u>Columbia</u> shall
<u>be received</u> into the hospital which has been
<u>designated</u> by the Secretary of Health and Human
<u>Services</u> as being suitable for accommodation.
page 84 of Code of Federal Regulation
(Part 1 to 399 - Revised as of Oct 1, 2000)

District of Columbia Official Code
2001 Edition – Title 4 and 5
4. Public Care Systems
Page 305 – § 4-602

subrogation rights to reimbursement established; and assignment.

(A) Whenever the District of Columbia provides health care assistance to a beneficiary who has suffered an injury or illness under circumstances creating ~~such a too~~ liability in a third party or under circumstances that would have created such a liability had the beneficiary instead of the District incurred the expense of the health-care assistance it shall have an independent direct cause of action against that third party for the unreimbursed value or cost of the health-care assistance provided.

(B) As soon as the District begins providing health-care assistance to a beneficiary, it shall become subrogated to any right or claim that the beneficiary has against a third party for the care and treatment it has undertaken to provide or pay for as health-care assistance. Alternatively, or in addition to the legal subrogation effected under this subsection, the Mayor may require a beneficiary to execute a written assignment of that same right or claim.

Superior Court of the District of Columbia
Civil Division

John Laws Foster
vs
Mayor Anthony Williams

C.A.-01-CA-008305

Exhibit I

After trying to get another appointment (which I did) on December 24, 2001, I stood in front of the upper Cardoza clinic at 3020-14th Street N.W., I realized that this appointment was some kind of farce. I went back three days later. I told them that I was in pain, because of the burning sensation from the infection. A Doctor named Alvin Wein-something or other, examined my penis area with his hand (with gloves on). After he examined the penis area with his hand, he put his uncleaned hands on my face, right after he examined my penis. He thought it was funny. He then refused to give me a shot of antibiotics or a prescription for the medicine to cure the infection. I still have the infection.

John Laws Foster

| MAKE CHECKS PAYABLE TO: | IF PAYING BY MASTERCARD, VISA, DISCOVER OR AMERICAN EXPRESS, FILL OUT BELOW. |
|---|---|
| **FPP** FACULTY PRACTICE PLAN HOWARD UNIVERSITY 2024 Georgia Ave. NW Washington DC 20001 | CHECK CARD USING FOR PAYMENT ☐ MASTERCARD ☐ VISA ☐ DISCOVER ☐ AMERICAN EXPRESS |
| | CARD NUMBER / AMOUNT |
| ADDRESS SERVICE REQUESTED | SIGNATURE / EXP. DATE |
| | STATEMENT DATE: 02/21/06 | PAY THIS AMOUNT: $195.00 | ACCT. #: 007051-22 |
| FOR BILLING INQUIRIES, CALL (202) 595-3200 BETWEEN 8:30 AM AND 4:00 PM MONDAY-FRIDAY | SHOW AMOUNT PAID HERE $ |

Page #1 of 1

**ADDRESSEE:**

3-3******AUTO**5-DIGIT 20002

JOHN FOSTER
11 R ST NE APT 101
WASHINGTON, DC 20002-2163

**REMIT TO:**

FACULTY PRACTICE PLAN
PO BOX 630321
BALTIMORE, MD 21263-0321

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
FPP-1672-2

| TRANSACTION DATE | DESCRIPTION | INSURANCE BALANCE | PATIENT BALANCE |
|---|---|---|---|
| 08/01/05 | 1982852  MCGINTY,CRYSTAL MD<br>99284  EMERGENCY DEPT VISIT - 99284<br>DEPARTMENT OF EMERGENCY MEDICINE | | 175.00 |
| 08/02/05 | 2003097  MEHROTRA,PRAFULLA MD<br>93010  ELECTROCARDIOGRAM REPORT - 93010<br>DEPARTMENT OF CARDIOLOGY | | 20.00 |

Please pay your balance in full today or your account may be referred for further collection activity.

Balances less than $25 require payment in full. Please contact the billing department if you have any questions.

| OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PLEASE PAY THIS AMOUNT |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 195.00 |

| PATIENT NAME | ACCOUNT NUMBER | |
|---|---|---|
| JOHN FOSTER | 007051-22 | # AS A COURTESY, THIS CLAIM HAS BEEN SENT TO YOU INSURANCE COMPANY. IF THERE ARE CORRECTIONS TO THE ABOVE INSURANCE INFORMATION, PLEASE CALL US IMMEDIATELY |