# ATTACHMENT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL ACTION

JOHN L. FOSTER, SR.

v.

HOWARD UNIVERSITY HOSPITAL

CASE NUMBER: 06-0244 JDB

RECEIVED OFFICE OF THE GENERAL COUNSEL '06 FEB 27 P12:08

WITHOUT PREPAYMENT OF COSTS

TO: (Name & Address of Defendant)

HOWARD UNIVERSITY HOSPITAL
SERVE: ANGELA WILLIAMS
OFFICE OF GENERAL COUNSEL
2400 6TH STREET, N.W. SUITE 321
WASHINGTON, D.C. 20059

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

PRO SE PLAINTIFF (name & address)

JOHN L. FOSTER, SR.
11 R STREET, N.E.
APARTMENT 101
WASHINGTON, D.C. 20002

an answer to the COMPLAINT which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the COMPLAINT. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED 2006 FEB 23 U.S. MARSHALS SERVICE DISTRICT OF COLUMBIA

NANCY MAYER-WHITTINGTON, Clerk

By: R. Scott
Deputy Clerk

Date: February 23, 2006

AO-440 (Revised-DC 1/00) Summons in a Civil Action (Return of Service)

JOHN L. FOSTER, SR.

vs.

HOWARD UNIVERSITY HOSPITAL

Case No. 06-0244 JDB

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE: |
|---|---|
| NAME OF SERVER (print) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________
Date

______________________
Signature of Server

______________________
Address of Server

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

Case 1:06-cv-00244-JDB Document 1 Filed 02/10/2006 Page 1 of 1

United States District Court for the District of Columbia - 333 Constitution Ave., N.W. Washington D.C. - 20001.

FILED

FEB 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mr John Laws Foster sr
11-R-ST-N.E-APT-101
Washington DC- 20002

VS

Howard University Hospital
Angela R. Williams # 466263
Office of the General Counsel
2400-6th street N.W. suite 321
Washington DC 20059
(202) 806-2658 office
(202) 806-6357 (Facsimile)
attorney for Defendant

JURY ACTION

CASE NUMBER 1:06CV00244

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 02/10/2006

"Complaint."

On November 7, 2005, I John Laws Foster sr was brought to Howard University Hospital by Ambulance. I was not waited on for eight Hours, until finally I was forced to leave, to get Medical attention from a drug store

(over)

RECEIVED

JAN 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

"Complaint"

Foster
vs
Hospital H.U.H

My head was swollen a bout six inches, and my left hand was also swollen. I had know Idea to this very day, if anything was broken or not this violates the nineteen = sixty = four, Federal civil rights law, outlawing segregation in a public Facility, Howard University is a public facility. They refused to X-ray my head and my hand. I am asking for a trial by Jury and demand Judgement in the sum of $250,000,000, Two Hundred and fifty million dollars. I want the Court to order Howard University Hospital to pay me Mr John Lewis Foster sr, Two Hundred and fifty millions dollars ($250,000,000) for violating my civil rights.

Mr John Lewis Foster sr
11-R-ST-N.E - APT-101
Wash DC 20002

Case 1:06-cv-00244-JDB Document 1 Filed 02/10/2006 Page 3 of 7

Metropolitan Police Department

# Incident-Based Event Report

Washington, D.C.

## PART I - CLASSIFICATION OF EVENT

1 TYPE OF REPORT: Offense (marked) / Incident

2 DATE AND TIME OF EVENT — Start Date (Month, Day, Year): 07 05; Start Time (Hour, Minute): 12:35; End Date (Month, Day, Year): 07 05; End Time (Hour, Minute): 12:42

Month: Jan, Feb, Mar, Apr, May, Jun, Jul, Aug, Sep, Oct, Nov (marked), Dec

3 DATE OF REPORT (Month, Day, Year): 07 05 — Month: Nov (marked)

4 TIME OF REPORT (Hour, Minute): 13:12

5 DISTRICT / 6 SECTOR / 7 BEAT: 501

8 COMPLAINT NUMBER: 157/56

FILL IN THE OVALS COMPLETELY — Right Mark / Wrong Marks

9 EVENT LOCATION ADDRESS: 11 R ST NE W/DC

Rear of / In front of (marked) / Along side of / Inside of / NW Corner / NE Corner / SW Corner / SE Corner

10 REPORT RECEIVED BY: TBU / Walk-in / On-scene / Radio run (marked)

11 IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME? Yes (marked) / No

12 PROPERTY TYPE: Public (marked) / Private

13 EVENT NO. 1: ADW Brick/STICK

14 EVENT NO. 2:

15 EVENT NO. 3:

16 FORCED ENTRY: Yes / No (marked)

17 POINT OF ENTRY: n/A

18 a. Method Used: n/A  b. Tools Used: n/A

19 WEATHER CONDITIONS: Clear (marked) / Cloudy / Rain / Snow / Other / Not applicable / Unknown

20 SUSPECTED HATE CRIME? None (marked) / Racial / Ethnic / Religious / Sexual Orientation / Other

21 SECURITY SYSTEM (Mark all that apply): Alarm/Audio / Alarm/Silent / Camera / Dog / Dead-bolt / Unlocked / Exterior lights / Interior lights / Fence / Guard / Neighborhood watch / Other / Not applicable (marked) / Unknown

22 LOCATION TYPE (Mark only one): Air/Bus/Train terminal / Alley / Bank/Savings & loan / Bus stop / Church/Synagogue/Temple / College/University / Commercial office building / Construction site / Convenience store / Department/Discount store / D.C. government building / Doctor's office/Hospital / Drug store / Federal/Government bldg. / Field/Woods / Grocery/Supermarket / Hotel/Motel/Etc. / Jail/Prison / Lake/Waterway / Liquor store / Park area / Parking lot/Parking garage / Public housing project / Public/Private school / Rental storage facility / Residence/Home / Restaurant / Service station / Sidewalk / Specialty store / Street/Highway/Road (marked) / Tavern/Night club / Other / Not applicable / Unknown

23 DESIGNATED AREAS (Mark all that apply): Victim's vehicle / Suspect's vehicle / Taxi-cab / Bus / Train/Metro/Amtrak/Etc. / Hallway / Elevator / Stairwell / Basement/Laundry room / Apartment/Condo unit / Single family dwelling / Hotel/Motel room / College/University dorm / Classroom / Office room / Vacant building/room / Customer area / Storage area / In public housing / W/in 1 block of public housing / W/in 1,000 ft. of school / Other (marked) / Not applicable / Unknown

## PART II - VICTIM INFORMATION

24 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1: John Lewis Foster

25 RELATED TO EVENT NO(S).: 1 (marked) 2 3 4 5 6 7 8 9 10

26 VICTIM TYPE: Individual (marked) / Business / Financial inst. / Government / Religious org. / Society/Public / Police officer / Other

27 DATE OF BIRTH: Unknown / NA — Month, Day, Year: 1/6/45

28 AGE RANGE: 0-1 yr. / 2-12 yrs. / 13-17 yrs. / 18-65 yrs. (marked) / Over 65

29 SEX: Male (marked) / Female / Unknown

30 HOME PHONE: ( ) none

31 BUSINESS PHONE: ( )

32 RACE/ETHNICITY (Mark all that apply): American Indian/Alaskan Native / Asian/Pacific Islander / Black (marked) / Chinese / Latino/Hispanic / Jamaican / Japanese / Korean / Vietnamese / White / Other / Unknown/Refused

33 HOME ADDRESS: DC Resident (marked) / Non-DC Resident / Unknown — 11 R ST. NE #101

34 BUSINESS ADDRESS/SCHOOL: Retired

35 OCCUPATION: n/A

36 IS EVENT RELATED TO OCCUPATION? Yes / No (marked) / Unknown

37 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1:

38 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:

39 RELATED TO EVENT NO(S).: 1 2 3 4 5 6 7 8 9 10

40 VICTIM TYPE: Individual / Business / Financial inst. / Government / Religious org. / Society/Public / Police officer / Other

41 DATE OF BIRTH: Unknown / NA — Month, Day, Year

42 AGE RANGE: 0-1 yr. / 2-12 yrs. / 13-17 yrs. / 18-65 yrs. / Over 65

43 SEX: Male / Female / Unknown

44 HOME PHONE: ( )

45 BUSINESS PHONE: ( )

46 RACE/ETHNICITY (Mark all that apply): American Indian/Alaskan Native / Asian/Pacific Islander / Black / Chinese / Latino/Hispanic / Jamaican / Japanese / Korean / Vietnamese / White / Other / Unknown/Refused

06 0244

47 HOME ADDRESS: DC Resident / Non-DC Resident / Unknown

FILED

48 BUSINESS ADDRESS/SCHOOL:

FEB 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

49 OCCUPATION:

50 IS EVENT RELATED TO OCCUPATION? Yes / No / Unknown

51 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1:

52 STATUS (Mark one): Open / Unfounded / Closed / Suspended / Closed by arrest, attach PD-252 (marked)

53 REVIEWER

54 DISTRIBUTION

Case 1:06-cv-00244-JDB Document 1 Filed 02/10/2006 Page 4 of 7

55 IS VICTIM #1 THE REPORTING PERSON? IF NO, ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON. (●) Yes ( ) No

Name: Phone-Area Code:

Address:

56 DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER? ( ) Yes (●) No

56A WAS PD FORM 378A ISSUED? ( ) Yes (●) No

57 IS CPO/TPO OUTSTANDING? ( ) Yes (●) No ( ) Unknown IF YES, ENTER CPO/TPO #:

58 INJURIES. Use the following codes to describe injuries. (Mark all that apply)

N = None Visible; M = Apparent Minor Injury; B = Apparent Broken Bones; O = Other Major Injury; I = Possible Internal Injury; G = Gunshot; L = Severe Laceration; T = Loss of Teeth; U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| (●) Victim ( ) Suspect | 1 | M | Lacerations to L/Hand and Nose | Howard | DCFD AMB. | (●) Yes ( ) No | 25 | ( ) Admitted (●) Released |
| ( ) Victim ( ) Suspect | | | | | | ( ) Yes ( ) No | | ( ) Admitted ( ) Released |
| ( ) Victim ( ) Suspect | | | | | | ( ) Yes ( ) No | | ( ) Admitted ( ) Released |
| ( ) Victim ( ) Suspect | | | | | | ( ) Yes ( ) No | | ( ) Admitted ( ) Released |

## PART III - PROPERTY

59 Codes: S = Stolen; E = Evidence; R = Recovered; F = Found; I = Impounded; V = Vehicle from which theft occurred; D = Alleged drug type; L = Lost; P = Suspected proceeds of crime; O = Other

a. Property Book & Page No. | b. Location of Property Book

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

60 VEHICLE INFORMATION — Vehicle operated/used by: ( ) Victim ( ) Suspect ( ) Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

61 #1 (●) Suspect ( ) Missing

a. Race: ( ) Asian ( ) White ( ) Unknown (●) Black ( ) Latino/Hispanic ( ) Other; b. Sex: (●) Male ( ) Unknown ( ) Female; c. Exact Age or Range: 41; d. Height: 5' 11"; e. Weight: 185; f. Eyes: Brn.; g. Hair: Bald

h. Complexion: med; i. Scars: unk; j. Mustache: none; k. Facial Hair: none; l. Hat: white; m. Coat/Jacket: Black; n. Pants: Blue Jeans; o. Blouse/Shirt: Blue; p. Perpetrator Suspected of Using: ( ) Alcohol ( ) Drugs ( ) Computer ( ) N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: ( ) Handgun ( ) Shotgun ( ) Other firearm ( ) Revolver ( ) Semi-automatic ( ) Rifle ( ) Automatic
Other: ( ) Cutting instrument ( ) Hands/Feet/Teeth ( ) Other (specify) ( ) Blunt object ( ) None ( ) Motor vehicle ( ) Unknown
Color | Make | Model | Caliber

62 #2 ( ) Suspect ( ) Missing

a. Race: ( ) Asian ( ) White ( ) Unknown ( ) Black ( ) Latino/Hispanic ( ) Other; b. Sex: ( ) Male ( ) Unknown ( ) Female; c. Exact Age or Range; d. Height; e. Weight; f. Eyes; g. Hair

h. Complexion; i. Scars; j. Mustache; k. Facial Hair; l. Hat; m. Coat/Jacket; n. Pants; o. Blouse/Shirt; p. Perpetrator Suspected of Using: ( ) Alcohol ( ) Drugs ( ) Computer ( ) N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: ( ) Handgun ( ) Shotgun ( ) Other firearm ( ) Revolver ( ) Semi-automatic ( ) Rifle ( ) Automatic
Other: ( ) Cutting instrument ( ) Hands/Feet/Teeth ( ) Other (specify) ( ) Blunt object ( ) None ( ) Motor vehicle ( ) Unknown
Color | Make | Model | Caliber

63 #3 ( ) Suspect ( ) Missing

a. Race: ( ) Asian ( ) White ( ) Unknown ( ) Black ( ) Latino/Hispanic ( ) Other; b. Sex: ( ) Male ( ) Unknown ( ) Female; c. Exact Age or Range; d. Height; e. Weight; f. Eyes; g. Hair

h. Complexion; i. Scars; j. Mustache; k. Facial Hair; l. Hat; m. Coat/Jacket; n. Pants; o. Blouse/Shirt; p. Perpetrator Suspected of Using: ( ) Alcohol ( ) Drugs ( ) Computer ( ) N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: ( ) Handgun ( ) Shotgun ( ) Other firearm ( ) Revolver ( ) Semi-automatic ( ) Rifle ( ) Automatic
Other: ( ) Cutting instrument ( ) Hands/Feet/Teeth ( ) Other (specify) ( ) Blunt object ( ) None ( ) Motor vehicle ( ) Unknown
Color | Make | Model | Caliber

*Value of vehicles to be entered by Information Processing section

CCN.

Case 1:06-cv-00244-JDB Document 1 Filed 02/10/2006 Page 5 of 7

PART V - MISSING PERSONS

64 PROBABLE CAUSE OF ABSENCE AND DE[illegible]IATION

65 COMPLAINT NUMBER: /5/56/

66 IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED

67 CLASSIFICATION
- Critical
- Non-critical

68 CLASSIFIED BY:

69 PHYSICAL/MENTAL CONDITION (i.e., diabetic)

70 DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED

71 NAME OF PARENT/GUARDIAN

72 ADDRESS OF PARENT/GUARDIAN

73 IF JUVENILE, ENTER MOTHER'S MAIDEN NAME

74 MISSING PERSON SECTION NOTIFIED (Name)

75 NARRATIVE Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued

C-1 Reports while sitting on the front porch area of the listed location S-1 spit on him.

C-1 further advised S-1 then threw a brick at him which missed, at which time S-1 picked up a stick and began to hit C-1 on his left hand and facial area about 2 to 3 times, causing the listed injuries.

C-1 then ran on foot away from the area to flag down help.

Engine-16 and Ambulance-15 Responded to the scene and transported C-1 to Howard Hospital for treatment.

Crime Scene Responded to Howard Hospital to photograph C-1's injuries.

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | 79 TELETYPE # |
|---|---|---|---|
| T. Lyons 9239 | w/ Harris 5055 | | |

| 80 REPORTING OFFICER'S SIGNATURE | ELEMENT | 81 OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD) | 82 SECOND OFFICER'S NAME | ELEMENT | 83 SIGNATURE OF SUPERVISOR | ELEMENT |
|---|---|---|---|---|---|---|
| [signature] | 5D | USCP / USSS / METRO TRANSIT / OTHER | | | [signature] | 5D |

BADGE NUMBER | BADGE NUMBER | BADGE NUMBER

PART VI - ADDITIONAL INFORMATION (Use PD Form for additional victims or suspects.)

NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 — RELATED TO EVENT NO(S). 1 2 3 4 5 6 7 8 9 10

VICTIM TYPE: Individual · Business · Financial inst. · Government · Religious org. · Society/Public · Police officer · Other

DATE OF BIRTH: Unknown · NA · Month · Day · Year

AGE RANGE: 0-1 yr. · 2-12 yrs. · 13-17 yrs. · 18-65 yrs. · Over 65

SEX: Male · Female · Unknown

HOME PHONE ( )

BUSINESS PHONE ( )

RACE/ETHNICITY (Mark all that apply): American Indian/Alaskan Native · Asian/Pacific Islander · Black · Chinese · Latino/Hispanic · Jamaican · Japanese · Korean · Vietnamese · White · Other · Unknown/Refused

HOME ADDRESS: DC Resident · Non-DC Resident · Unknown

BUSINESS ADDRESS/SCHOOL

OCCUPATION

IS EVENT RELATED TO OCCUPATION? Yes · No · Unknown

ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1

NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 — RELATED TO EVENT NO(S). 1 2 3 4 5 6 7 8 9 10

VICTIM TYPE: Individual · Business · Financial inst. · Government · Religious org. · Society/Public · Police officer · Other

DATE OF BIRTH: Unknown · NA · Month · Day · Year

AGE RANGE: 0-1 yr. · 2-12 yrs. · 13-17 yrs. · 18-65 yrs. · Over 65

SEX: Male · Female · Unknown

HOME PHONE ( )

BUSINESS PHONE ( )

RACE/ETHNICITY (Mark all that apply): American Indian/Alaskan Native · Asian/Pacific Islander · Black · Chinese · Latino/Hispanic · Jamaican · Japanese · Korean · Vietnamese · White · Other · Unknown/Refused

HOME ADDRESS: DC Resident · Non-DC Resident · Unknown

BUSINESS ADDRESS/SCHOOL

OCCUPATION

IS EVENT RELATED TO OCCUPATION? Yes · No · Unknown

ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1

#1 Suspect · Missing — a. Race: Asian · Black · White · Latino/Hispanic · Other · Unknown — b. Sex: Male · Female · Unknown — c. Exact Age or Range — d. Height — e. Weight — f. Eyes — g. Hair

i. Complexion — i. Scars — j. Mustache — k. Facial Hair — l. Hat — m. Coat/Jacket — n. Pants — o. Blouse/Shirt — p. Perpetrator Suspected of Using: Alcohol · Drugs · Computer · N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: Handgun · Revolver · Rifle · Shotgun · Semi-automatic · Automatic · Other firearm — Other: Cutting instrument · Blunt object · Motor vehicle · Hands/Feet/Teeth · None · Unknown · Other (specify) — Color — Make — Model — Caliber

#2 Suspect · Missing — a. Race: Asian · Black · White · Latino/Hispanic · Unknown · Other — b. Sex: Male · Female · Unknown — c. Exact Age or Range — d. Height — e. Weight — f. Eyes — g. Hair

i. Complexion — i. Scars — j. Mustache — k. Facial Hair — l. Hat — m. Coat/Jacket — n. Pants — o. Blouse/Shirt — p. Perpetrator Suspected of Using: Alcohol · Drugs · Computer · N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: Handgun · Revolver · Rifle · Shotgun · Semi-automatic · Automatic · Other firearm — Other: Cutting instrument · Blunt object · Motor vehicle · Hands/Feet/Teeth · None · Unknown · Other (specify) — Color — Make — Model — Caliber

#3 Suspect · Missing — a. Race: Asian · Black · White · Latino/Hispanic · Unknown · Other — b. Sex: Male · Female · Unknown — c. Exact Age or Range — d. Height — e. Weight — f. Eyes — g. Hair

i. Complexion — i. Scars — j. Mustache — k. Facial Hair — l. Hat — m. Coat/Jacket — n. Pants — o. Blouse/Shirt — p. Perpetrator Suspected of Using: Alcohol · Drugs · Computer · N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: Handgun · Revolver · Rifle · Shotgun · Semi-automatic · Automatic · Other firearm — Other: Cutting instrument · Blunt object · Motor vehicle · Hands/Feet/Teeth · None · Unknown · Other (specify) — Color — Make — Model — Caliber

CCN ______

[illegible] COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES OF AMERICA [illegible]
DISTRICT OF COLUMBIA     [illegible]

Lock Up No. [illegible]

[illegible]

RELEASE ORDER/APPENDIX

You, the defendant in this case, are being released from custody pending further court appearances in [illegible] ... YOU MUST [illegible]

[ ] YOU ARE TO STAY AWAY FROM THE PERSON(S) LISTED BELOW: (Name and address (if applicable))

YOU THE DEFENDANT, ARE TO HAVE NO CONTACT WITH ANY OF THE PERSONS NAMED ABOVE BY ANY MEANS WHATSOEVER. THIS MEANS THAT YOU SHALL REMAIN AT LEAST 100 YARDS AWAY FROM THEM, THEIR HOME, AND/OR THEIR PLACE OF EMPLOYMENT, AND THAT YOU SHALL NOT COMMUNICATE OR EVEN ATTEMPT TO COMMUNICATE WITH ANY OF THESE PERSONS NAMED ABOVE, EITHER DIRECTLY OR THROUGH ANY OTHER PERSON (EXCEPT THROUGH YOUR LAWYER), BY TELEPHONE, WRITTEN MESSAGE, ELECTRONIC MESSAGE, PAGER, OR OTHERWISE.

[ ] YOU ARE TO STAY AWAY FROM THE FOLLOWING PLACE(S) OR AREA(S):

[ ] A check here means a map is attached     Area(s) Affected [illegible]

[ ] YOU MUST ALSO OBSERVE THE FOLLOWING CONDITION(S):

*ANY VIOLATION OF ANY OF THESE CONDITIONS, OR ANY OTHER CONDITION IMPOSED BY THE COURT, MAY RESULT IN IMMEDIATE NOTIFICATION BEING MADE TO THE COURT AND COULD RESULT IN YOUR PROSECUTION FOR CONTEMPT OF COURT, THE REVOCATION OF YOUR RELEASE PURSUANT TO D.C. CODE SECTION 23-1329 AND/OR YOUR DETENTION PENDING FINAL DISPOSITION OF THIS CASE.*

DATE: 11/[illegible]/05     SO ORDERED:

Signature of Defendant     Signature of Judicial Officer

WHITE - COURT JACKET     BLUE - DEFENDANT     YELLOW - DEFENSE COUNSEL
GREEN - PRETRIAL SERVICES AGENCY     GOLD - MPD     PINK - U.S. ATTORNEY

FORM CD-12
REV. MAR. 7, 2001

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

# INITIAL ELECTRONIC CASE FILING ORDER

Subsequent filings in this case must be made electronically using the Court's Electronic Case Filing System (ECF) pursuant to Local Rule 5.4.

ORDERED that counsel shall:

- Submit in paper, the original and copy of the complaint/notice of removal/petitions for habeas corpus and any accompanying papers. Additionally, litigants are hereby required to provide those filings in PDF Format on a floppy disk or CD-Rom compact disk. The disk should be clearly labeled with the case number (if known) and the name of the parties. If unable to deliver the filing on a disk at the time of the new case filing, counsel should e-mail the initiating document and accompanying papers to dcd_cmecf@dcd.uscourts.gov by the close of business the day the new case was filed. Failure to supply electronic copies of the new case in a timely manner, will result in the attorney's name being added to the attorney non-compliant list and shared with the Court's ECF Judge's Committee. Regardless of what option, counsel chooses the complaint/notice of removal and accompanying papers must come to the Court as PDF documents. Each exhibit to the new case shall be in a separate PDF file. Failure to submit PDF versions of the complaint/notice of removal and other documents will delay the opening of the case in ECF.

- Register, if not previously registered, to become an electronic filer by completing and returning the enclosed ECF Registration Form found on the Court's Website at (www.dcd.uscourts.gov). The login and password are case specific and can be used for all cases.

- All subsequent filings must be made electronically.

- Have a PACER (Public Access to Court Electronic Records) account, in order to view dockets and documents. Call 1-800-676-6856 or visit www.pacer.psc.uscourts.gov for additional information.

- Schedule a training class at the Courthouse by going to the Court's ECF Internet Website (www.dcd.uscourts.gov/ecf.html). Also, filing instructions and an interactive tutorial can be found at this Internet Website.

BATES, J.JDB

UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## ELECTRONIC CASE FILES
## Attorney/Participant Registration Form

LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

First Name/Middle Initial/Last Name ______________________________

Last four digits of Social Security Number ______________________________

DC Bar ID#. ______________________________

Firm Name ______________________________

Firm Address ______________________________

Voice Phone Number ______________________________

FAX Phone Number ______________________________

Internet E-Mail Address ______________________________

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the ***U.S. District Court for the District of Columbia.*** It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court

combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5. Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:

U.S. District Court for the District of Columbia
Attn: Attorney Admissions
333 Constitution Avenue NW, Room 1825
Washington, DC 20001

Or FAX to:

Peggy Trainum
U.S. District Court for the District of Columbia
(202) 354-3023

Applicant's Signature

Full Last Name | Initial of First Name | Last 4 Digits SS#