United States District Court
For the District of Columbia

John Laws Foster SR - PRO-SE
11-R-ST-N.E-APT-101
Wash DC. 20002
 vs

Howard University Hospital
 Defendant

civil action NO.
06-244-JDB

~~Complaint~~

Motion for Money Judgement:

The following Exhibits, will prove beyond a doubt that I John Laws Foster SR - was brought to H.U.H. by ambulance, and was not treated. My wounds to the head and Hand are clearly described by the ambulance attendant, shows I was not treated by anyone at Howard Hospital. I am asking for money Judgement, in the sum of $250,000,000 Two-Hundred and Fifty Dollars. Thank you

RECEIVED
MAR 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT