

Chambers of
Jeanette J. Clark
Judge

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
500 INDIANA AVENUE, N.W., ROOM 2620
WASHINGTON, DC 20001-2131
(202) 879-0417
FAX: (202) 879-0430
E-MAIL: ClarkJJ@DCSC.GOV

March 7, 2006

John L. Foster
11 R Street NE #101
Washington, D.C. 20002
(Hand Delivery)

    RE:  Ricky Pearson
           2005 CMD 11728

Dear John Foster:

    Enclosed are the copies of the medical records that were produced by Howard University Hospital pursuant to the *Ex Parte Motion for Issuance of Subpoena Duces Tecum for Complainant's Medical Records* in the above mentioned case.

                                    Sincerely,

                                    Alyssa Gowens
                                    Law Clerk to the Honorable
                                    Jeanette J. Clark

Enclosures

Cc:    Oscar Simmons
        Public Defender Service
        633 Indiana Ave. N.W.
        Washington, D.C. 20004

# HOWARD UNIVERSITY

Office of the General Counsel

**RECEIVED**

FEB 0 1 2006

CHAMBERS OF JUDGE
JEANETTE J. CLARK

February 1, 2006

Honorable Judge Jeannette J. Clark
Superior Court of the District of Columbia
500 Indiana Avenue, N.W., Room 2650
Washington, D.C. 20001

    **RE:** **John L. Foster**
    **DOB:** **08/16/45**
    **SSN:** **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**

Dear Judge Clark:

    In response to your request, enclosed please find the records on file with the Howard University Hospital's Medical Records Department for John L. Foster.

                                                              Sincerely,

                                                              Odessa P. Jackson
                                                               Deputy General Counsel

Enclosures
OPJ:bm



2400 6th Street, NW
Washington, DC 20059

Telephone 202 806 2650
Facsimile 202 806 6357
www.howard.edu

IN FORMA PAUPERIS

TP5818-4130

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA

UNITED STATES
~~DISTRICT OF COLUMBIA~~

vs.

Case No. M-11728-05

RICKY PEARSON

To: Howard University Hospital/ Custodian of Records
2041 Georgia Avenue Washington, DC 20060

YOU ARE HEREBY COMMANDED:

To appear before the Criminal Division room/courtroom __212/Jan FEB 2620__ of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. on the __7th__ day of __February__, 20 __06__, at __9:00__ a.m./p.m. as a witness for

[X] and bring with you __All of the medical records of John L. Foster (D.O.B 8/16/45) from November 7, 2005 and all subsequent medical records of Mr. Foster relating to the November 7, 2005 treatment and or admission to the hospital.__

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this __27th__ day of __January__, 20 __06__.

J. Leftwich Bdg. # 4047    5D
Officer in Charge    District

Clerk, Superior Court
of the District of Columbia

Oscar E. Simons
Attorney for Government/Defendant

Phone No. 202-824-2734

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.   Jan 27, 2006
Date   Judge

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

[ ] I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| Leroy F. Jenkins Jr | |

[ ] I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| | 1/30/06   2:16 pm |

**REMARKS**   Signature of Title of Server
_Jam M Dyke - Investigator_

CD-1072/Jan 00    *U.S. GPO: 2000-520-516/94582

# HOWARD UNIVERSITY HOSPITAL

2251N̄  3251 St.
3246 2nd

| LAST NAME | FIRST | M.I. | PATIENT ACCOUNT NO. | PATIENT SOC. SEC. NO. | SEX | BIRTHDATE | AGE | P.O.S. | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|
| FOSTER | JOHN | | 26033837 | 577608842 | M | 08/16/45 | 60 | NC | 849832 |

| MS | MAIDEN NAME | STREET ADDRESS AND APT. NO. | CITY | STATE | ZIP | HOME PHONE | RELIG. | RACE |
|---|---|---|---|---|---|---|---|---|
| S | | 11 R ST NE #101 | WASHINGTON | DC | 20002 | 2020000000 | OTH | 2 |

| OCCUPATION | EMPLOYER | STREET | CITY | STATE | PHONE |
|---|---|---|---|---|---|
| NOT EMPLOY | UNEMPLOY | | | | |

| F/C | GUARANTOR'S NAME | STREET ADDRESS & APT. NO. | CITY | STATE | ZIP | HOME PHONE |
|---|---|---|---|---|---|---|
| I | FOSTER, JOHN | 11 R ST NE #101 | WASHINGTON | DC | 20002 | 2020000000 |

| GUARANTOR'S SOC. SEC. NO. | RELATION | EMPLOYER | STREET | CLAIM NO. |
|---|---|---|---|---|
| 577608842 | | UNEMPLOY | | |

| INSURANCE CO. NAME | SUB NAME | POL. CONT. SUB. NO. | GROUP NO. | COVERAGE CODE |
|---|---|---|---|---|
| DC ALLIANCE | FOSTER  JOHN | 1107776*01 | | S |

| INSURANCE CO. NAME | SUB NAME | POL. CONT. SUB. NO. | GROUP NO. | COVERAGE CODE |
|---|---|---|---|---|
| | | | | |

| NEAREST RELATIVE | RELATION | STREET ADDRESS | CITY | STATE | PHONE NUMBER |
|---|---|---|---|---|---|
| UNK  REGINA | F | 1140 NTH CAPT ST | WASHINGTON | DC | 2022894611 |

| POLICE SIGNATURE | POLICE NOTIFIED | MED. EXAM AUT. | HOW BROUGHT TO HOSPITAL | LOCATION PICKED UP | IF ACCIDENT, DATE & TIME |
|---|---|---|---|---|---|
| | | | AMB#15 | | |

| COMPLAINT | PRIVATE REFERRING PHYSICIAN | ACCOMPANIED BY | CLERK | REGISTRATION DATE | TIME |
|---|---|---|---|---|---|
| ASSAULT | NO REFFERAL PHYSICIA | ARR TIME 12:50 | AP21 | 11/07/05 | 15:24 |

Complaint:   PMD Name:    WT_____ LMP_____ TETANUS_____

History / Physical: Time:    Allergies: NKDA

ABG: PH____ PO2____ PCO3____ HCO3____

REF DR: NO REFFERAL PHYSICIAN

ETOH 1____ ETOH 2____ BHCG + −

X-RAY ____

| Admit | Discharge | AMA | LWOT | TRANSF. | TIME |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | 2330 |

| STABLE | FAIR | SERIOUS | CRITICAL | DEATH | UNIT |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | |

DIAGNOSIS:
1. ____
2. ____
3. ____

SIGNATURES
ADMITTING PMD NAME:
CONSULTANT:
NURSE:
RESIDENT:
ATTENDING:

MD

**HUH** HOWARD UNIVERSITY HOSPITAL — EMERGENCY DEPARTMENT RECORD — HUH 0231   REV. 6/94

# HOWARD UNIVERSITY HOSPITAL

3RDINJ  
3RD 1ST.  
0246 2nd

| LAST NAME | FIRST | M.I. | PATIENT ACCOUNT NO. | PATIENT SOC. SEC. NO. | SEX | BIRTHDATE | AGE | P.O.B. | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|
| FOSTER | JOHN | | 26033837 | 577608842 | M | 08/16/45 | 60 | NC | 849832 |

| MS | MAIDEN NAME | STREET ADDRESS AND APT. NO. | CITY | STATE | ZIP | HOME PHONE | RELIG. | RACE |
|---|---|---|---|---|---|---|---|---|
| S | | 11 R ST NE #101 | WASHINGTON | DC | 20002 | 2020000000 | OTH | 2 |

| OCCUPATION | EMPLOYER | STREET | CITY | STATE | PHONE |
|---|---|---|---|---|---|
| NOT EMPLOY | UNEMPLOY | | | | |

| F/C | GUARANTOR'S NAME | STREET ADDRESS & APT NO. | CITY | STATE | ZIP | HOME PHONE |
|---|---|---|---|---|---|---|
| I | FOSTER, JOHN | 11 R ST NE #101 | WASHINGTON | DC | 20002 | 2020000000 |

| GUARANTOR'S SOC. SEC. NO. | RELATION | EMPLOYER | STREET | CLAIM NO. |
|---|---|---|---|---|
| 577608842 | | UNEMPLOY | | |

| INSURANCE CO. NAME | SUB NAME | POL. CONT. SUB. NO. | GROUP NO. | COVERAGE CODE |
|---|---|---|---|---|
| DC ALLIANCE | FOSTER JOHN | 1107776*01 | | S |

| NEAREST RELATIVE | | RELATION | STREET ADDRESS | CITY | STATE | PHONE NUMBER |
|---|---|---|---|---|---|---|
| UNK | REGINA | F | 1140 NTH CAPT ST | WASHINGTON | DC | 2022894611 |

| POLICE SIGNATURE | POLICE NOTIFIED | MED. EXAM AUT. | HOW BROUGHT TO HOSPITAL | LOCATION PICKED UP | IF ACCIDENT, DATE & TIME |
|---|---|---|---|---|---|
| | | | AMB#15 | | |

| COMPLAINT | PRIVATE REFERRING PHYSICIAN | ACCOMPANIED BY | CLERK | REGISTRATION DATE | TIME |
|---|---|---|---|---|---|
| ASSAULT | NO REFFERAL PHYSICIA | ARR TIME 12:50 | AP21 | 11/07/05 | 15:24 |

**Complaint:**    **PMD Name:**

**History / Physical: Time:**    **Allergies:** NKDA

REF DR: NO REFFERAL PHYSICIAN

WT_____ LMP_____ TETANUS_____

ABG: PH___ PO2___ PCO3___ HCO3___

ETOH 1___ ETOH 2___ BHCG + −

X-RAY _____

| Admit | Discharge | AMA | LWOT | TRANSF. | TIME |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | 1330 |

| STABLE | FAIR | SERIOUS | CRITICAL | DEATH | UNIT |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | |

**DIAGNOSIS:**
1. _____
2. _____
3. _____

**SIGNATURES**

ADMITTING PMD NAME:  
CONSULTANT:  
NURSE:  
RESIDENT:  
ATTENDING:

**HUH** HOWARD UNIVERSITY HOSPITAL — EMERGENCY DEPARTMENT RECORD — HUH 0231 REV. 8/94

---

ECA    FOSTER, JOHN     11/07/05    1. FILL OUT CARD   2. PUSH IT DEEPLY INTO IDENT-A-BAND  
M   60   ECA PHYS: 904011   MR# 849832 ER COPY

| Sex | Birth Date | Age | Date | Time |
|---|---|---|---|---|
| M | | | 11/7/05 | |

**TRIAGE**

**EMERGENCY CARE AREA**

### EYE/EAR/NOSE/THROAT
- Drainage ☐  Foreign Body ☐
- Swelling ☐
- Pain ☐  Location: _____
- None ☐  _____

### NEUROLOGICAL
- Oriented: Yes ☐  No ☐
- Time  Place ☐ Person ☐
- Pupil Response: SIZE ___ SIZE ___
- Brisk ☐ ___ ☐ ___
- Sluggish ☐ ___ ☐ ___
- No React ☐ ___ ☐ ___
- 1  2  3  4  5  6  7
- •  •  •  •  •  •  •

### GLASGOW COMA SCALE

| | | |
|---|---|---|
| Eye Opening | 4 Spontaneous<br>3 To Voice | 2 To Pain<br>1 None |
| Verbal Response | 5 Oriented<br>4 Confused<br>3 Inappro. Words | 2 Inappro. Sound<br>1 None |
| Motor Response | 6 Obeys Command<br>5 Localized Pain<br>4 Withdrawal Pain | 3 Flexion<br>2 Extension<br>1 None |
| | | TOTAL |

PATIENT IDENTIFICATION

### CARDIOVASCULAR
- Pulse
  - Regular ☐  Irregular ☐  Absent ☐
  - Strong ☐  Weak ☐
- Peripheral Pulses: ( Pos [+] Neg [-] )  N/A ☐
- Others: _____

### RESPIRATORY
Breath Sounds:                Others:
- ☐ Clear       R ☐  L ☐ _____
- ☐ Crackles    R ☐  L ☐ _____
- ☐ Decreased   R ☐  L ☐ _____
- ☐ Wheezes     R ☐  L ☐ _____
- ☐ Absent      R ☐  L ☐ _____

### GASTROINTESTINAL/GENITOURINARY
Bowel Sounds:        Voiding Pattern:
- Present ☐          Normal ☐
- Absent ☐           Retention ☐
                     Incontinent ☐

Abdomen:             Others:
- Soft ☐             _____
- Rigid ☐            _____
- Tender ☐           _____
- Distended ☐

### PATTERNS OF FUNCTIONING
- Ambulatory ☐        Wheelchair ☐
- With Assistance ☐   Bedridden ☐
- Others _____

### SOCIAL
- None ☐  Drugs ☐  Alcohol ☐  Tobacco ☐
- Family Support   Yes ☐  No ☐

### PSYCHOSOCIAL
- Delusions ☐    Hallucinations ☐
- Depressed ☐    Agitated ☐
- Others: _____

### MUSCULO - SKEKETAL
Symptons
- Swelling     Yes ☐  No ☐
- Pain         Yes ☐  No ☐
- Deformity    Yes ☐  No ☐
- Limited ROM  Yes ☐  No ☐

Location: _____
Limb Movement:
- Normal Power  Yes ☐  No ☐
- Weakness      Yes ☐  No ☐
- No Response   Yes ☐  No ☐

### SKIN
Integrity:             Location: _____
- Intact ☐             Decubitus ☐
- Burn ☐               Laceration ☐
- Rash ☐               Abrasion ☐

### PATIENT EDUCATION
- Plan of Care       Yes ☐  No ☐
- Unit Orientation   Yes ☐  No ☐
- Reason: _____

### DISCHARGE PLANNING
Assistance Needed
- On Discharge?           Yes ☐  No ☐
- Social Worker Needed    Yes ☐  No ☐
- Family Involved?        Yes ☐  No ☐
- Specify: _____

Nurse's Signature          Date/ Time

**HUH**
Howard University Hospital

**EMERGENCY NURSING DATA BASE M.R.**

**HUH 227**
HUH 0227 REV.6-94

**District of Columbia Fire and EMS Department** (PRESS FIRMLY)

| UNIT # | CALL LOCATION | | | | INCIDENT # | DISPATCH TIME | INSERVICE TIME |
|---|---|---|---|---|---|---|---|
| A-15 | 87 Florida Ave N.W. | | | | 135656 | 12:48 | |

| PATIENT LAST NAME | FIRST | MI | DATE OF BIRTH | AGE | GENDER | TODAY'S DATE |
|---|---|---|---|---|---|---|
| Foster | John | L. | 08/16/1945 | 60 | M | 11/07/2005 |

| STREET ADDRESS | APT # | HOME PHONE # | BUSINESS PHONE # |
|---|---|---|---|
| 11 R. ST N.E | 101 | NO # | |

City: Washington, D.C.
Social Security Number: 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

BILL TO: ☒ SAME AS ABOVE ☐ FEMS or MPD POD ☐ WORK RELATED?
MEDICARE #:
MEDICAID #:

FOR ALL NON-TRANSPORTS CHECK ONE BELOW:
☐ Assist Only
☐ Call Canceled
☐ No EMS Required
☐ No Patient Found
☐ PDOA
☐ RMA-SR
☐ Standby

LEGAL GUARDIAN/NEXT OF KIN: 
OTHER INSURANCE:
INSURANCE CO & POLICY #: Alliance
☐ NONE  ☐ BROUGHT W/PT   ☒ NONE KNOWN

MEDICAL HISTORY: ☒ NONE KNOWN ☐ ANGINA ☐ ASTHMA ☐ BEHAVIORAL ☐ CANCER ☐ CARDIAC/CHF ☐ CHRON. RENAL FAIL ☐ CHRON. RESP. FAIL ☐ CVA/TIA ☐ DIABETES ☐ DRUG/ETOH ☐ EMPHYSEMA ☐ FAMILY VIOLENCE ☐ HYPERTENSION ☐ INFECT. DISEASE ☐ MI ☐ PULM. EMBOLISM ☐ SEIZURE ☐ SPECIAL HEALTH CARE ☐ TRACHEOSTOMY ☐ TB ☐ OTHER

CHIEF COMPLAINT: (L) hand injury
☐ 1  ☐ 2 ☒   ☐ A ☒ B ☐ C ☐ D

Pain: First __/10   Pain: Last __/10   Time of Onset: __:__
TRANSPORTED TO: HOSPITAL # 05

NARRATIVE: a 60 y/o M C/O, Ambulatory. MPD also on the scene along with Eng #6. after PT. was assaulted with a stick, he held his (L) hand up over his face to block the blow/hit. No LOC. c/c lacerations to his (L) hand. hand bandaged and bleeding controlled by Eng #6. Pulse good. PE: pupils equal/reactive lungs clear Abd. non-tender skin warm/dry. PT. denies any neck/back pain. small lac also noted to nose forehead. PT. also has elevated BP. Six o2 we placed on to cot hep lock Am. 18c (R) AC. PT. transported without incident or change.

INJURY CODES:
1. Abrasion
2. Amputate
3. Avulsion
4. Blunt Trauma
5. Burn (chemical)
6. Burn (thermal)
7. Fracture (Dis)
8. Gunshot Wound
9. Laceration
10. Pain
11. Paralysis
12. Puncture/Stab
13. ___
14. ___

Pt. Received HIPAA NPP ___ Yes ___ No ___ N/A
☐ Law enforcement disclosure on scene

| Time: | 1320 | 1328 | | MED/ROUTE | TIME |
|---|---|---|---|---|---|
| Position: | ✗ | ✗ | | | |
| B/P: | 200/110 | 199/114 | | | |
| Pulse Rate: | 80 | 86 | | | |
| Resp. Rate: | 20 | 20 | | | |
| Resp. Quality: | 1 | 1 | | | |
| Rhythm: | NA | O2 | | | |
| Pulse Ox: | 99% on | 99% on | %on | | |
| Blood Glucose: | mg/dl | mg/dl | mg/dl | | |

O2 2 lpm ☒ NC ☐ NRB   AIRWAY: ☐ Venturi ☐ BVM   Oral ☐ Nasal ☐   ET: Size ___ mm   Oral ☒ Nasal ☐

GCS  Time 1320
EYE OPEN: Spontaneous 4, To Verbal 3, To Pain 2, None 1 — 4
VERBAL RESP: Oriented 5, Confused 4, Inappropriate 3, Incomprehensible 2, None 1 — 5
MOTOR RESP: Obeys 6, Localizes 5, Withdraws 4, Flexes 3, Extends 2, None 1 — 6
GCS TOTAL: 15

Skin: Normal; Pupils: Normal L/R

CREW MEMBER 1: R. McKinley  250  A
CREW MEMBER 2: FF/W. Alexander
OTHER CREW MEMBER: Eng #6  MPD 4047

Signature of Person Receiving Patient: [signature]
Receiving Facility Copy
829075

**FACULTY PRACTICE PLAN**
**HOWARD UNIVERSITY**
**EMERGENCY SERVICES**

| Diagnosis Codes | Procedure Codes | | | |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

## EVALUATION AND MANAGEMENT CODES

99025 -    Starred Procedure

### EMERGENCY DEPT. CODES

99281 —
99282 —    Modifier 25
99283 —    Modifier 25
99284 —    Modifier 25
99285 —    Modifier 25

**Date of Service:**

**Medical Record Number:**

**Patient's Name:**

### CRITICAL CARE CODES

99291 —    First Hour
99292 —    Each Add'l 30 minutes x____

**ADDRESSOGRAPH**

FOSTER, JOHN

949832
ECA       1                11/07/05
08161945  M         26000537
FOSTER, JOHN              AGE   60

_____
PHYSICIAN'S SIGNATURE

## CONSENT FOR MEDICAL AND SURGICAL TREATMENT AND/OR OPERATION

The undersigned hereby consents to any anesthesia, medical or surgical treatment of hospital services rendered the patient under the general and special instructions of the attending physician and other physicians assigned to care for me. *I also acknowledge that no guarantee or warranty has been made by said physicians or Howard University Hospital as to* the results of any treatment or operative procedure which may be given or performed.

## RELEASE OF RESPONSIBILITY FOR VALUABLES

I hereby release Howard University Hospital from all responsibility relative to the loss or damage to money and/or valuables and/or property which I choose to keep in my possession. I understand that the hospital does not assume responsibility for personal possessions which are not placed in the vault for safekeeping.

John Laws-Foster SR

PATIENT I HAVE READ AND ~~FULLY~~ UNDERSTAND THE ASSIGNMENTS

Mr John Laws-Foster SR

PATIENT'S AGENT OR REPRESENTATIVE

DATE 11-7-03 20____ HOUR____ M____

Self

RELATIONSHIP

WITNESS [signature]

I DO NOT WISH TO RELEASE MY VALUABLES/MONEY/PROPERTY TO THE HOSPITAL FOR SAFEKEEPING.

11-7-05

DATE

Mr John Laws-Foster SR

SIGNED

Myself

WITNESS