United States District Court for the District of Columbia

John Laws Foster Sr.
vs
Howard University Hospital

Civil action no 06-244 JDB

Plaintiff   Motion of John Laws Foster Sr. to have a trial by jury.

article VII of the Constitution

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved; and no fact tried by jury, shall be otherwise re-examined in any court of the United States that according to the rules of Common law.

RECEIVED
MAR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate of motion service
I, John Laws will mail copy of all

a certificate of service

I Mr John Laws Foster mail a copy
This motion for a trial by Jury.

To Howard Hospital University

Counsel General : Angela Rahael William
2400 sixth street NW - suite 321
Wash. DC   20059