United States District Court
For the District of Columbia

John Laws Foster SR - PRO-SE
11-R-ST-N.E.-APT-101
Wash. D.C. 20002

Civil action NO.
06-244-JDB

vs

Howard University Hospital
Defendant

~~Complaint~~

Motion for Money Judgement:

The following Exhibits, will prove beyond a doubt that I John Laws Foster SR - was brought to H.U.H. by ambulance, and was not treated. My wounds to the head and hand are clearly described by the ambulance attendant, shows I was not treated by anyone at Howard Hospital. I am asking for money judgement, in the sum of $250,000 Two-Hundred and Fifty Dollars. Thank you



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

500 INDIANA AVENUE, N.W., ROOM 2620
WASHINGTON, DC 20001-2131
(202) 879-0417
FAX: (202) 879-0430
E-MAIL: ClarkJJ@DCSC.GOV

Chambers of
Jeanette J. Clark
*Judge*

March 7, 2006

John L. Foster
11 R Street NE #101
Washington, D.C. 20002
(Hand Delivery)

RE: Ricky Pearson
2005 CMD 11728

Dear John Foster:

Enclosed are the copies of the medical records that were produced by Howard University Hospital pursuant to the *Ex Parte Motion for Issuance of Subpoena Duces Tecum for Complainant's Medical Records* in the above mentioned case.

Sincerely,

*Alyssa J. Gowens*

Alyssa Gowens
Law Clerk to the Honorable
Jeanette J. Clark

Enclosures

Cc: Oscar Simmons
Public Defender Service
633 Indiana Ave. N.W.
Washington, D.C. 20004

# HOWARD
# UNIVERSITY

Office of the General Counsel

**RECEIVED**

FEB 0 1 2006

CHAMBERS OF JUDGE
JEANETTE J. CLARK

February 1, 2006

Honorable Judge Jeannette J. Clark
Superior Court of the District of Columbia
500 Indiana Avenue, N.W., Room 2650
Washington, D.C. 20001

      **RE:** **John L. Foster**
      **DOB:** **08/16/45**
      **SSN:** **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**

Dear Judge Clark:

    In response to your request, enclosed please find the records on file with the Howard University Hospital's Medical Records Department for John L. Foster.

                                                                         Sincerely,

                                                                          Odessa P. Jackson
                                                                          Deputy General Counsel

Enclosures
OPJ:bm



2400 6th Street, NW
Washington, DC 20059

Telephone 202 806 2650
Facsimile 202 806 6357
www.howard.edu

TP5818-4130

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA

**UNITED STATES**
~~DISTRICT OF COLUMBIA~~

vs.    Case No. M-11728-05

RICKY PEARSON

To: Howard University Hospital/ Custodian of Records
2041 Georgia Avenue Washington, DC 20060

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division room/courtroom __212__ of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. on the __7th__ day of __February__, 20__06__, at __9:00__ a.m./p.m. as a witness for

[X] and bring with you All of the medical records of John L. Foster (D.O.B 8/16/45) from November 7, 2005 and all subsequent medical records of Mr. Foster relating to the November 7, 2005 treatment and or admission to the hospital.

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this __27th__ day of __January__, 20__06__.

J. Leftwhich Bdg. # 4047    5D
Officer in Charge    District

Oscar E. Simons
Attorney for Government/Defendant

Clerk, Superior Court of the District of Columbia

Phone No. 202-824-2734

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.  Jan 27, 2006    Janett Clark
Date    Judge

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

[ ] I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| Leroy F. Jenkins Jr | |

[ ] I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| | 1/30/06  2:16 pm |

| REMARKS | Signature of Title of Server |
|---|---|
| | [signature] - Investigator |

CD-1072/Jm 00    *U.S. GPO: 2000-520-516/94582

# HOWARD UNIVERSITY HOSPITAL

| LAST NAME | FIRST | M.I. | PATIENT ACCOUNT NO. | PATIENT SOC. SEC. NO. | SEX | BIRTHDATE | AGE | P.O.B. | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|
| FOSTER | JOHN | | 26033837 | 577608842 | M | 08/16/45 | 60 | NC | 849832 |

| MS | MAIDEN NAME | STREET ADDRESS AND APT. NO. | CITY | STATE | ZIP | HOME PHONE | RELIG. | RACE |
|---|---|---|---|---|---|---|---|---|
| S | | 11 R ST NE #101 | WASHINGTON | DC | 20002 | 2020000000 | OTH | 2 |

| OCCUPATION | EMPLOYER | STREET | CITY | STATE | PHONE |
|---|---|---|---|---|---|
| NOT EMPLOY | UNEMPLOY | | | | |

| F/C | GUARANTOR'S NAME | STREET ADDRESS & APT. NO. | CITY | STATE | ZIP | HOME PHONE |
|---|---|---|---|---|---|---|
| I | FOSTER, JOHN | 11 R ST NE #101 | WASHINGTON | DC | 20002 | 2020000000 |

| GUARANTOR'S SOC. SEC. NO. | RELATION | EMPLOYER | STREET | CLAIM NO. |
|---|---|---|---|---|
| 577608842 | | UNEMPLOY | | |

| INSURANCE CO. NAME | SUB NAME | POL. CONT. SUB. NO. | GROUP NO. | COVERAGE CODE |
|---|---|---|---|---|
| DC ALLIANCE | FOSTER   JOHN | 1107776*01 | | S |

| NEAREST RELATIVE | RELATION | STREET ADDRESS | CITY | STATE | PHONE NUMBER |
|---|---|---|---|---|---|
| UNK    REGINA | F | 1140 NTH CAPT ST | WASHINGTON | DC | 2022894611 |

| POLICE SIGNATURE | POLICE NOTIFIED | MED. EXAM AUT. | HOW BROUGHT TO HOSPITAL | LOCATION PICKED UP | IF ACCIDENT, DATE & TIME |
|---|---|---|---|---|---|
| | | | AMB#15 | | |

| COMPLAINT | PRIVATE REFERRING PHYSICIAN | ACCOMPANIED BY | CLERK | REGISTRATION DATE | TIME |
|---|---|---|---|---|---|
| ASSAULT | NO REFFERAL PHYSICIA | ARR TIME 12:50 | AF21 | 11/07/05 | 15:24 |

**Complaint:**   PMD Name:

**History / Physical: Time:**   Allergies: NKDA

REF DR: NO REFFERAL PHYSICIAN

WT_____ LMP_____ TETANUS_____

ABG: PH_____ PO2_____ PCO3_____ HCO3_____

ETOH 1_____ ETOH 2_____ BHCG + −

X-RAY _____

| Admit | Discharge | AMA | LWOT | TRANSF. | TIME |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | 2330 |

| STABLE | FAIR | SERIOUS | CRITICAL | DEATH | UNIT |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | |

**DIAGNOSIS:**
1. _____
2. _____
3. _____

**SIGNATURES**

ADMITTING PMD NAME:
CONSULTANT:
NURSE:
RESIDENT:
ATTENDING:

MD

HUH HOWARD UNIVERSITY HOSPITAL — EMERGENCY DEPARTMENT RECORD 1 — HUH 0231 REV. 6/94

**HOWARD UNIVERSITY HOSPITAL**

| LAST NAME | FIRST | M.I. | PATIENT ACCOUNT NO. | PATIENT SOC. SEC. NO. | SEX | BIRTHDATE | AGE | P.O.B. | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|
| FOSTER | JOHN | | 26033387 | 577608842 | M | 08/16/45 | 60 | NC | 849832 |

| MS | MAIDEN NAME | STREET ADDRESS AND APT. NO. | CITY | STATE | ZIP | HOME PHONE | RELIG. | RACE |
|---|---|---|---|---|---|---|---|---|
| S | | 11 R ST NE #101 | WASHINGTON | DC | 20002 | 2020000000 | OTH | 2 |

| OCCUPATION | EMPLOYER | STREET | CITY | STATE | PHONE |
|---|---|---|---|---|---|
| NOT EMPLOY | UNEMPLOY | | | | |

| F/C | GUARANTOR'S NAME | STREET ADDRESS & APT. NO. | CITY | STATE | ZIP | HOME PHONE |
|---|---|---|---|---|---|---|
| I | FOSTER, JOHN | 11 R ST NE #101 | WASHINGTON | DC | 20002 | 2020000000 |

| GUARANTOR'S SOC. SEC. NO. | RELATION | EMPLOYER | STREET | CLAIM NO. |
|---|---|---|---|---|
| 577608842 | | UNEMPLOY | | |

| INSURANCE CO. NAME | SUB NAME | POL. CONT. SUB. NO. | GROUP NO. | COVERAGE CODE |
|---|---|---|---|---|
| DC ALLIANCE | FOSTER    JOHN | 1107776*01 | | S |
| INSURANCE CO. NAME | SUB NAME | POL. CONT. SUB. NO. | GROUP NO. | COVERAGE CODE |
| | | | | |

| NEAREST RELATIVE | | RELATION | STREET ADDRESS | CITY | STATE | PHONE NUMBER |
|---|---|---|---|---|---|---|
| UNK | REGINA | F | 1140 NTH CAPT ST | WASHINGTON | DC | 2022894611 |

| POLICE SIGNATURE | POLICE NOTIFIED | MED. EXAM AUT. | HOW BROUGHT TO HOSPITAL | LOCATION PICKED UP | IF ACCIDENT, DATE & TIME |
|---|---|---|---|---|---|
| | | | AMB#15 | | |

| COMPLAINT | PRIVATE REFERRING PHYSICIAN | ACCOMPANIED BY | CLERK | REGISTRATION DATE | TIME |
|---|---|---|---|---|---|
| ASSAULT | NO REFFERAL PHYSICIA | ARR TIME 12:50 | AP21 | 11/07/05 | 15:24 |

Complaint:    PMD Name:

History / Physical: Time:    Allergies: NKDA

REF DR: NO REFFERAL PHYSICIAN

WT____ LMP____ TETANUS____

ABG: PH____ PO2____ PCO3____ HCO3____

ETOH 1____ ETOH 2____ BHCG + -

X-RAY____

| Admit | Discharge | AMA | LWOT | TRANSF. | TIME |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | 1330 |
| STABLE | FAIR | SERIOUS | CRITICAL | DEATH | UNIT |
| ☐ | ☐ | ☐ | ☐ | ☐ | |

DIAGNOSIS:
1. ____
2. ____
3. ____

SIGNATURES
ADMITTING PMD NAME:
CONSULTANT:
NURSE:
RESIDENT:
ATTENDING:

**HUH** HOWARD UNIVERSITY HOSPITAL — EMERGENCY DEPARTMENT RECORD — HUH 0231    REV. 6/94

MD

---

ECA    FOSTER, JOHN    11/07/05    1. FILL OUT CARD  2. PUSH IT DEEPLY INTO IDENT-A-BAND
M  60  ECA PHYS: 904011    MR# 849832  ER COPY

| Sex | Birth Date | Age | Date | Time |
|---|---|---|---|---|
| M | 8/30/45 | 60 | 7/7/05 | 1230 |

TRIAGE

EMERGENCY CARE AREA

### EYE/EAR/NOSE/THROAT
- Drainage ☐  Foreign Body ☐
- Swelling ☐
- Pain ☐  Location: _____
- None ☐ _____

### NEUROLOGICAL
- Oriented: Yes ☐  No ☐
- Time  Place ☐  Person ☐
- Pupil Response:  SIZE   SIZE
- Brisk ☐ ___ ☐ ___
- Sluggish ☐ ___ ☐ ___
- No React ☐ ___ ☐ ___

1  2  3  4  5  6  7

### GLASGOW COMA SCALE

| | | |
|---|---|---|
| Eye Opening | 4 Spontaneous | 2 To Pain |
| | 3 To Voice | 1 None |
| Verbal Response | 5 Oriented | 2 Inappro. Sound |
| | 4 Confused | |
| | 3 Inappro. Words | 1 None |
| Motor Response | 6 Obeys Command | 3 Flexion |
| | 5 Localized Pain | 2 Extension |
| | 4 Withdrawal Pain | 1 None |
| TOTAL | | |

PATIENT IDENTIFICATION

### CARDIOVASCULAR
Pulse
- Regular ☐  Irregular ☐  Absent ☐
- Strong ☐  Weak ☐
- Peripheral Pulses: (Pos [+] Neg [-])  N/A ☐
- Others: _____

### RESPIRATORY
Breath Sounds:                     Others:
- ☐ Clear       R ☐   L ☐ _____
- ☐ Crackles    R ☐   L ☐ _____
- ☐ Decreased   R ☐   L ☐ _____
- ☐ Wheezes     R ☐   L ☐ _____
- ☐ Absent      R ☐   L ☐ _____

### GASTROINTESTINAL/GENITOURINARY
Bowel Sounds:             Voiding Pattern:
- Present ☐              Normal ☐
- Absent ☐               Retention ☐
                         Incontinent ☐

Abdomen:                  Others:
- Soft ☐      _____
- Rigid ☐     _____
- Tender ☐    _____
- Distended ☐

### PATTERNS OF FUNCTIONING
- Ambulatory ☐   Wheelchair ☐
- With Assistance ☐  Bedridden ☐
- Others _____

### SOCIAL
- None ☐  Drugs ☐  Alcohol ☐  Tobacco ☐
- Family Support  Yes ☐  No ☐

### PSYCHOSOCIAL
- Delusions ☐  Hallucinations ☐
- Depressed ☐  Agitated ☐
- Others: _____

### MUSCULO - SKEKETAL
Symptons
- Swelling   Yes ☐  No ☐
- Pain       Yes ☐  No ☐
- Deformity  Yes ☐  No ☐
- Limited ROM Yes ☐  No ☐

Location: _____

Limb Movement:
- Normal Power  Yes ☐  No ☐
- Weakness      Yes ☐  No ☐
- No Response   Yes ☒  No ☐

### SKIN
Integrity:              Location: _____
- Intact ☐             Decubitus ☐
- Burn ☐               Laceration ☐
- Rash ☐               Abrasion ☐

### PATIENT EDUCATION
- Plan of Care     Yes ☐   No ☐
- Unit Orientation Yes ☐   No ☐
- Reason: _____

### DISCHARGE PLANNING
Assistance Needed
- On Discharge?          Yes ☐ No ☐
- Social Worker Needed   Yes ☐ No ☐
- Family Involved?       Yes ☐ No ☐

Specify: _____

Nurse's Signature        Date/ Time

| HUH<br>Howard University Hospital | EMERGENCY NURSING DATA BASE M.R. | HUH 227<br>HUH 0227 REV.6-94 |
|---|---|---|

# District Of Columbia Fire And EMS Department

| UNIT # | LOCATION | INCIDENT # | DISPATCH TIME | INSERVICE TIME |
|---|---|---|---|---|
| A-15 | 1887 Florida Ave N.W. | 130056 | 12:48 | |

| PATIENT LAST NAME | FIRST | MI | DATE OF BIRTH | AGE | GENDER | TODAY'S DATE |
|---|---|---|---|---|---|---|
| Foster | John | L. | 08/16/1945 | 60 | M | 11/07/2005 |

| STREET ADDRESS | APT # | HOME PHONE # | BUSINESS PHONE # |
|---|---|---|---|
| 411 R. ST N.E | 101 | No # | |

| CITY | STATE | ZIP | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Washington, D.C. | | | 577-60-5181412 |

MEDICARE #: 
MEDICAID #:

**FOR ALL NON-TRANSPORTS CHECK ONE BELOW**
- ☐ Assist Only
- ☐ Call Canceled
- ☐ No EMS Required
- ☐ No Patient Found
- ☐ PDOA
- ☐ RMA-SR
- ☐ Standby

BILL TO: ☒ SAME AS ABOVE  ☐ FEMS or MPD POD  ☐ WORK RELATED?

LEGAL GUARDIAN/NEXT OF KIN: 
OTHER INSURANCE: 
INSURANCE CO & POLICY #: Alliance
☐ NONE  ☐ BROUGHT W/PT  ☒ NONE KNOWN

☒ NONE KNOWN ☐ ANGINA ☐ ASTHMA ☐ BEHAVIORAL ☐ CANCER ☐ CARDIAC/CHF ☐ CHRON. RENAL FAIL ☐ CHRON. RESP. FAIL ☐ CVA/TIA ☐ DIABETES ☐ DRUG/ETOH ☐ EMPHYSEMA ☐ FAMILY VIOLENCE ☐ HYPERTENSION ☐ INFECT. DISEASE ☐ MI ☐ PULM. EMBOLISM ☐ SEIZURE ☐ SPECIAL HEALTH CARE ☐ TRACHEOSTOMY ☐ TB ☐ OTHER

© hand injury

☐ 1  ☐ 2  ☒ 3 ;  ☐ A  ☒ B  ☐ C  ☐ D

Pain: First ___/10  Pain: Last ___/10  Time of Onset: ___:___

TRANSPORTED TO: HOSPITAL # 05

**INJURY CODES**
1. Abrasion
2. Amputate
3. Avulsion
4. Blunt Trauma
5. Burn (chemical)
6. Burn (thermal)
7. Fracture (Dis)
8. Gunshot Wound
9. Laceration
10. Pain
11. Paralysis
12. Puncture/Stab
13.
14.

~ 60 y.o M C/O, Ambulatory. MPD also on the scene along with Eng #6. After Pt. was assaulted with a stick, he held his © hand up over his face to block the blow/hit. No LOC. c/c lacerations to his © hand. hand bandaged and bleeding controlled by Eng #6. Pulse good. PE: pupils equal reactive lungs clear Abd. Non-tender skin warm/dry Pt. denies any neck/back pain. small lac also noted to © nose/forehead. Pt. also has elevated BP. Six O2 NC placed on + to cot hep lock Alm 18c © PC. Pt. transported without incident or change.

(Consider using S.O.A.P. format)  If more space is required, continue on back. When complete, photocopy the back to leave with the hospital.

Pt. Received HIPAA NPP ___ Yes ___ No ___ N/A
☐ Law enforcement disclosure on scene

| Time: | 1320 | 1328 | | MED/ROUTE | TIME |
|---|---|---|---|---|---|
| Position: | ☒ | ☒ | | | |
| B/P: | 200/110 | 199/114 | | | |
| Pulse Rate: | 80 | 86 | | | |
| Resp. Rate: | 20 | 20 | | | |
| Resp. Quality: | 1 | 1 | | | |
| Rhythm: | RA | O2 | | | |
| Pulse Ox: | 97% on | 97% on | %on | | |
| Blood Glucose: | mg/dl | mg/dl | mg/dl | | |

**GCS** Time: 1320
- EYE OPEN: Spontaneous 4 / To Verbal 3 / To Pain 2 / None 1 — **4**
- VERBAL RESP: Oriented 5 / Confused 4 / Inappropriate 3 / Incomprehensible 2 / None 1 — **5**
- MOTOR RESP: Obeys 6 / Localizes 5 / Withdraws 4 / Flexes 3 / Extends 2 / None 1 — **6**
- GCS TOTAL: **15**

Skin: Normal / Cool / Cold / Hot / Normal / Dry / Moist / Diaph / Normal / Pale / Mottled / Cyanotic / Flushed

Pupils: UA/Ref / Normal L☐ R☒ / Constrict / Dilated / Non-react

O2: 2 lpm ☒ NC  ☐ NRB  ☐ Venturi  ☐ BVM
AIRWAY: Oral ☐ Nasal ☐  ET: Size ___ mm Oral ☒ Nasal ☐

IV Site: ___  IV Gauge: ___

A = EMT ADVANCED
B = EMT BASIC
I = EMT INTERMEDIATE
P = EMT PARAMEDIC

**SIGNATURE AUTHORIZATION**

This constitutes my authorization for the provider of emergency medical services to me to file claims on my behalf. This authorization is to be:
Life time authorization effective ___ (Date)

**AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION AND WAIVER:**
I hereby authorize any holder of medical information about me to release to the Social Security Administration and Centers for Medicare and Medicaid Services or its intermediaries or carriers, the Washington DC Fire and EMS Department or its authorized agent/agents, or any private insurance company, any information needed for this or a related medical claim. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits to the party who accepts assignment.

**ASSIGNMENT OF INSURANCE AND PAYMENT AGREEMENT**
I hereby authorize payment of all Insurance Benefits, including Major Medical, Title XVII Medicare, Title XIX Medicaid, or any other private insurance company to the holder of this authorization. I also acknowledge that I am responsible for all co-insurance and deductibles.

X ___ Signature of Patient or Responsible Party   Date

CREW MEMBER 1: R. McKinley  250  A
CREW MEMBER 2: FF/W. Alexander  R
OTHER CREW MEMBER: Eng #6  MPD 4047  R

(Signatures should correspond with certification numbers on data sheet.)

MEDICAL CONSULT NAME: ___  HOSP: ___

X ___ Signature of Person Receiving Patient  Date

Receiving Facility Copy

829075

**FACULTY PRACTICE PLAN**
**HOWARD UNIVERSITY**
**EMERGENCY SERVICES**

| Diagnosis Codes | Procedure Codes | | | |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

## EVALUATION AND MANAGEMENT CODES

99025 -     Starred Procedure

### EMERGENCY DEPT. CODES

99281 –
99282 –     Modifier 25
99283 –     Modifier 25
99284 –     Modifier 25
99285 –     Modifier 25

| Date of Service: |
|---|
| |
| Medical Record Number: |
| |
| Patient's Name: |
| |

### CRITICAL CARE CODES

99291 –     First Hour
99292 –     Each Add'l 30 minutes x____

ADDRESSOGRAPH

FOSTER , JOHN

949832
ECA     I              11/07/05
08161945  M        2603J537
FOSTER , JOHN       AGE   60

_____
PHYSICIAN'S SIGNATURE

**CONSENT FOR MEDICAL AND SURGICAL TREATMENT AND/OR OPERATION**

The undersigned hereby consents to any anesthesia, medical or surgical treatment of hospital services rendered the patient under the general and special instructions of the attending physician and other physicians assigned to care for me. I also acknowledge that no guarantee or warranty has been made by said physicians or Howard University Hospital as to *the results of any treatment or operative procedure which may be given or performed.*

**RELEASE OF RESPONSIBILITY FOR VALUABLES**

I hereby release Howard University Hospital from all responsibility relative to the loss or damage to money and/or valuables and/or property which I choose to keep in my possession. I understand that the hospital does not assume responsibility for personal possessions which are not placed in the vault for safekeeping.

John Laws Foster SR

PATIENT I HAVE READ AND FULLY UNDERSTAND THE ASSIGNMENTS

DATE 11-7-05 20___ HOUR___ M___

WITNESS

Mr John Laws Foster SR

PATIENT'S AGENT OR REPRESENTATIVE

Self

RELATIONSHIP

I DO NOT WISH TO RELEASE MY VALUABLES/MONEY/PROPERTY TO THE HOSPITAL FOR SAFEKEEPING.

11-7-05

DATE

Mr John Laws Foster SR

SIGNED

Myself

WITNESS