## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| _____ | ) | |
| **SHIRELETTE A. WILKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CA#: 05-000763** |
| | ) | **Judge Patricia A. Broderick** |
| **HOWARD UNIVERSITY,** | ) | **Initial Conference: May 6, 2005** |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## DEFENDANT HOWARD UNIVERSITY'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Howard University ("The University") by its undersigned counsel,

files this Answer to Plaintiff's Complaint ("Complaint") and in support thereof states the

following:

## ANSWER

Defendant generally denies liability.

## I. JURISDICTION

1. Defendant admits the allegations contained in paragraph 1 of the

Complaint.

2. Defendant admits the allegations contained in paragraph 2 of the

Complaint.

## II. FACTS

3. Defendant admits the allegations contained in paragraph 3 of the

Complaint.

4.    Defendant admits the allegations contained in paragraph 4 of the

Complaint.

5.    Defendant admits the allegations contained in paragraph 5 of the

Complaint.

6.    Defendant admits that it mailed a copy of a Personnel Recommendation

Form where it asserted that Defendant had terminated Plaintiff's

employment effective October 3, 2003.  Defendant is without sufficient

information to admit or deny the remaining allegations contained in

paragraph 6 of the Complaint.  Therefore, they are hereby denied.

7.    Defendant admits the allegations contained in paragraph 7 of the

Complaint.

8.    Defendant is without sufficient information to admit or deny the

allegations contained in paragraph 8 of the Complaint.  Therefore, they are

hereby denied.

9.     Defendant admits that the Plaintiff that Plaintiff was

## <u>COUNT I</u>

### (Breach of Contract)

10.    Defendant incorporates, by reference, its responses to paragraphs 1-11.

11.    Defendant denies the allegations contained in paragraph 13 of the

Complaint.

12.    Defendant denies the allegations contained in paragraph 14 of the

Complaint.

13.    Defendant denies the allegations contained in paragraph 15 of the

Complaint.

## AFFIRMATIVE  DEFENSES

For further and separate answer to Plaintiff's Complaint, and in answer to each purported allegation and cause of action therein, and by way of affirmative defenses, Defendant avers as follows:

### First Defense

Plaintiff fails to state a claim upon which relief can be granted.

### Second Defense

Plaintiff's claims are barred, in whole or in part, because of the failure to mitigate his damages, if any.

### Third Defense

Plaintiff's claims are barred by estoppel, waiver, and any other equitable defense found to be factually merited during the course of discovery in this action.

### Fourth Defense

Defendant substantially complied with the University's policies on academics and student conduct.

### Fifth Defense

If Plaintiff suffered the damages as alleged, which fact Defendant expressly denies, then such damages resulted from a preexisting or subsequent event or condition for which the Defendant would not be responsible.

### Sixth Defense

If Plaintiff suffered the damages alleged, which fact Defendant expressly denies, then such damages resulted from other and further reasons for which Defendant would not be responsible.

## Seventh Defense

Plaintiff's claims are barred by the applicable statute of limitations.

## Eighth Defense

Defendant intends to avail itself of any additional defenses as may be developed following further discovery in this case.

## Ninth Defense

Defendant reserves the right to amend its Answer, to add additional or other defenses; to delete or withdraw a defense; and to add counterclaims as they may become necessary after reasonable opportunity for appropriate discovery.

## Tenth Defense

Any allegation not specifically admitted is denied.

**WHEREFORE**, Defendant respectfully requests this Court to dismiss Plaintiff's Complaint against Defendant with prejudice and that the Court award to Defendant attorneys' fees, costs, and such further relief as the Court deems appropriate.

Respectfully submitted:

BY:    **HOWARD UNIVERSITY**

_____
Angela R. Williams, #466263
Senior Associate General Counsel
Office of the General Counsel
Howard University
2400 6th St., NW
Suite 321

Washington, DC 20059
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ of _____, 2004, a copy of the

foregoing Defendant Howard University's Answer to Plaintiff's Complaint For Equitable

Relief and Damages was sent via first class mail, postage prepaid, to:

Robert L. Cope, Esquire
Grove, Jaskiewicz and Cobert
1730 M Street, NW
Suite 400
Washington, DC 20036

Lawrence E. Dubé, Jr.
Grove, Jaskiewicz and Cobert
Suite 407
The Can Company
2400 Boston Street
Baltimore, MD 21224
*Attorneys for the Plaintiff*

_____
Angela R. Williams