UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JOHN FOSTER | : |
| Plaintiff, | : C.A. No. 06-0244 |
| | : Judge John D. Bates |
| v. | : |
| HOWARD UNIVERSITY HOSPITAL, | : |
| Defendant. | : |

**HOWARD UNIVERSITY'S MOTION FOR LEAVE TO FILE OUT OF TIME IT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Howard University d/b/a Howard University Hospital ("the University"), by and through the undersigned counsel, moves this Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for leave to file its attached Answer to Plaintiff's Complaint *nunc pro tunc* because the University inadvertently failed to respond to Plaintiff John Foster's ("Mr. Foster") Amended Complaint. The University requests leave to file out of time for the following reasons:

1. Due to various logistical difficulties, until recently, counsel for Defendant was unaware that Plaintiff had filed an Amended Complaint.

2. Counsel for Defendant does not seek to late file as a means of delay and the late filing of Defendant's Answer to Plaintiff's Amended Complaint will not unduly prejudice the Plaintiff.

Respectfully submitted,

____/s/_____
Angela R. Williams, #466263
Senior Associate General Counsel
Office of the General Counsel
2400 6th St., N.W., Suite 321
Washington, DC 20059
(202) 806-2650 (office)
(202) 806-6357 (Facsimile)
**Attorney for Defendant**

## CERTIFICATE OF ATTEMPT TO SEEK CONSENT

Pursuant to Super.Ct.Civ.R. 12-I, I hereby certify that I attempted via correspondence, to obtain consent from Mr. Foster, pro se plaintiff, for this Motion. Mr. Foster did not grant his consent for this Motion.

___/s/_____
Angela R. Williams

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JOHN FOSTER | : |
| Plaintiff, | : C.A. No. 06-0244 |
| v. | : Judge John D. Bates |
| HOWARD UNIVERSITY HOSPITAL, | : |
| Defendant. | : |

**HOWARD UNIVERSITY'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE OUT OF TIME IT'S
ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Howard University Hospital d/b/a Howard University ("the University") by its undersigned counsel, and in support of its Motion to File Out of Time Defendant's Answer to Plaintiff's Amended Complaint refers this court to the following authorities:

1. Rule 6(b) of the Federal Court Rules of Civil Procedure.

2. The inherent equity powers of the Court.

3. The reasons stated in the Motion.

4. This short delay does not prejudice the plaintiff and does not affect the remaining schedule in this matter.

Respectfully submitted,


_/s/_____
Angela R. Williams, #466263
Senior Associate General Counsel
Office of the General Counsel
2400 6th St., N.W., Suite 321
Washington, DC  20059
(202) 806-2650 (office)
(202) 806-6357 (Facsimile)
**Attorney for Defendant**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant Howard University's Motion to File Out of Time Defendant's Answer to Plaintiff's Complaint was mailed first class, postage prepaid, on this ___ day of June, 2006 to:

    John Foster
11 R Street, N.E.
Apt. 101
Washington, D.C. 20002
*Pro Se Plaintiff*


_____/s/_____
Angela R. Williams

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JOHN FOSTER<br><br>    Plaintiff,<br><br>  v.<br><br>HOWARD UNIVERSITY HOSPITAL,<br><br>    Defendants. | C.A. No. 06-0244<br><br>Judge John D. Bates |

**O R D E R**

Upon consideration of Defendant Howard University Hospital's Motion to File Out of Time Defendant 's Answer To Plaintiff's Amended Complaint, the memorandum of points and authorities in support of the motion, the opposition, and reply, if any, and the record herein, it is this ____ day of _____, 2006:

**ORDERED:** that the Defendant's Motion shall be **GRANTED;** and

**FURTHER ORDERED:** that this Court shall file the attached Defendant's Answer To Plaintiff's Amended Complaint Out of Time;

                                                                              _____
                                                                              Judge John D. Bates

cc:

 John Foster       Angela R. Williams, Esquire
 11-R St., NE       Senior Associate General Counsel
 Washington, DC  20002   Office of the General Counsel
              Howard University
              2400 6th Street, N.W., Suite 321
              Washington, DC 20059

Case 1:06-cv-00244-JDB   Document 14   Filed 06/22/2006   Page 7 of 8