UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JOHN FOSTER | : |
| **Plaintiff,** | : C.A. No. 06-0244 |
| | : Judge John D. Bates |
| v. | : |
| HOWARD UNIVERSITY HOSPITAL, | : |
| **Defendants.** | : |

**DEFENDANT HOWARD UNIVERSITY'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Howard University d/b/a Howard University Hospital ("The University") by its undersigned counsel, files this Answer to Plaintiff's Amended Complaint ("Complaint") and in support thereof states the following:

**I.   ANSWER**

Defendant generally denies liability.

**II.   AFFIRMATIVE DEFENSES**

For further and separate answer to Plaintiff's Complaint, and in answer to each purported allegation and cause of action therein, and by way of affirmative defenses, Defendant avers as follows:

**First Defense**

Plaintiff fails to state a claim upon which relief can be granted.

### Second Defense

Plaintiff's claims are barred, in whole or in part, because of the failure to mitigate his damages, if any.

### Third Defense

Plaintiff's claims are barred by estoppel, waiver, and any other equitable defense found to be factually merited during the course of discovery in this action.

### Fourth Defense

If Plaintiff suffered the damages as alleged, which fact Defendant expressly denies, then such damages resulted from a preexisting or subsequent event or condition for which the Defendant would not be responsible.

### Fifth Defense

If Plaintiff suffered the damages alleged, which fact Defendant expressly denies, then such damages resulted from other and further reasons for which Defendant would not be responsible.

### Sixth Defense

Plaintiff's claims are barred by the applicable statute of limitations.

### Seventh Defense

Defendant intends to avail itself of any additional defenses as may be developed following further discovery in this case.

**Eighth Defense**

Defendant reserves the right to amend its Answer, to add additional or other defenses; to delete or withdraw a defense; and to add counterclaims as they may become necessary after reasonable opportunity for appropriate discovery.

**Ninth Defense**

Any allegation not specifically admitted is denied.

**WHEREFORE**, Defendant respectfully requests this Court to file is Answer to Plaintiff's Amended Complaint *nunc pro tunc* and dismiss Plaintiff's Complaint against Defendant with prejudice and that the Court award to Defendant attorneys' fees, costs, and such further relief as the Court deems appropriate.

Respectfully submitted:

BY:  **HOWARD UNIVERSITY**

\_\_/s/_____
Angela R. Williams, #466263
Senior Associate General Counsel
Office of the General Counsel
Howard University
2400 6th St., NW
Suite 321
Washington, DC 20059
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant Howard University's Answer to Plaintiff's Amended Complaint was mailed first class, postage prepaid, on this ___ day of June, 2006 to:

>John Foster
11 R Street, N.E.
Apt. 101
Washington, D.C. 20002
*Pro Se Plaintiff*

_____/s/_____
Angela R. Williams