UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN L. FOSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>HOWARD UNIVERSITY HOSPITAL,<br><br>    Defendants. | Civil Action No. 06-244 (JDB) |

**ORDER**

Defendant's Answer to the Amended Complaint asserts several affirmative defenses, some of which may dispose of all or portions of this case. It appears that a dispositive motion may advance this litigation, and the Court will direct defendant to file a dispositive motion by August 4, 2006.

Plaintiff is advised that the Court will rule on defendant's motion taking into consideration the facts proffered in the complaint, along with plaintiff's opposition to the motion. In the event that defendant files a motion for summary judgment, plaintiff is advised that the Court may render judgment "forthwith if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(c). With regard to an opposition to a summary judgment motion, Rule 56 provides:

> When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue

for trial. If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

Fed. R. Civ. P. 56(e). The Court will accept as true any factual assertions contained in affidavits or attachments submitted by defendant in support of a motion for summary judgment unless plaintiff submits his own affidavits or documentary evidence showing that the defendant's assertions are untrue. See Neal v. Kelly, 963 F.2d 453, 456 (D.C. Cir. 1992). The Court will direct plaintiff to file his opposition or other response to defendant's motion by August 18, 2006. If plaintiff fails to file his opposition timely, pursuant to Local Civil Rule 7(b), the Court may treat the motion as conceded.

Accordingly, it is hereby

ORDERED that defendant shall file a dispositive motion by **August 4, 2006**. It is further

ORDERED that plaintiff shall file his opposition or other response to defendant's motion by **August 18, 2006**. It is further

ORDERED that defendant shall file its reply, if any, by **August 25, 2006**. It is further

ORDERED that no extensions of time will be granted absent extraordinary circumstances.

SO ORDERED.

                                                                                                      _____
JOHN D. BATES
United States District Judge

Date: