United States District Court for the District of
Columbia - Civil Division

John Lars Foster SR
vs
Howard University Hospital

Case # 1:06
00244-JDB

I

Plaintiff's motion opposing Summary Judgement filed
by defendant.

Negligent tort tort: a tort committed by failure
failure to observe the standard of care required
by law under the circumstances. prima facie
tort. an unjustified, intentional infliction of Harm
Harm HARM on another person resulting in damages
by one or more acts that would otherwise be
lawful.

**RECEIVED**

AUG - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case 1:06-cv-00244-JDB   Document 19   Filed 08/09/2006   Page 2 of 5

United States District Court for the District of Columbia - Civil Division

John Lous Foster
              Plaintiff

Howard University Hospital
    Defendant.

Case # 1:06
00244-JDB

II

Plaintiff motion for opposition to Summary Jed Judgement filed by defendant

1. Prima facie case of Descrimination. (evidence)

see evidence: Tort a or civil wrong. other than breach Contract. for which a remedy may be obtained, usual in the form of damages, a breach of duty that the law imposes on persons, who stand in a particular relation to one another. intentional Tort a tort committed by someone acting with General or specific intent. Also termed willful tort

United States District Court for the District
of Columbia - Civil Division

John Lewis Foster Sr.,

v s

Howard University Hospital

Case # 1:06
0024 - JDB

III

     Motion opposing Summary Judgement
filed by defendant. Legal Standard. When
defendants move for summary Judgement, it is the
defendant's burden to show the absence of any genuine
issue of material facts. Held: the Court of appeals
did not apply the correct standard in reviewing the
District Courts grant of summary judgement. (A) a summary
Judgement will not lie if the dispute about a material
fact return is genuine, that is, if the evidence is such
that a reasonable reasonable jury could return a
verdict for the nonmoving party. at the summary
Judgement stage, the trial Judge function is not
himself to weigh the evidence and determine the
truth of the matter but to determine whether
whether there is a genuine issue for trial.

United States District Court for the District of Columbia:

Foster
vs

Howard University Hospital

Case # 1:06
00 244 - JDB

motion opposing

There is no such issue unless there is sufficient evidence favoring the non-moving party for a jury to return a verdict for that Party. (B) a trial court ruling on a motion for summary judgement in a case such as this must be guided by the the 'New York times' "clear and convincing" evidentiary standard in determining whether a genuine issue of actual malice exists. that is, whether the evidence is such a reasonable jury might find that actual malice has been shown with convincing clear. PP 252-256. (United States Report

United States District Court of the District of Columbia,

Foster
vs

Howard University Hospital

Case I 1:06
00244 - JDB

Motion opposing:

(C.) A plaintiff may not defeat a defendants properly supported motion for summary judgement in a libel case such as this one without offering any concrete evidence from which a reasonable jury could return a verdict in his favor and by merely asserting that the jury might disbelieve the defendant's denial of actual malice. The movant has the burden of showing that there is no genuine issue of fact, but the plaintiff is thereby relieved of his own burden of producing in turn evidence that would support a jury verdict.