UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 1 2 2006


NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN L. FOSTER,

Plaintiff,

v.

HOWARD UNIVERSITY HOSPITAL,

Defendants.

Civil Action No. 06-244 (JDB)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion for summary judgment [Dkt. #17] is GRANTED. It is further

ORDERED that JUDGMENT shall be entered for defendant.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date: October 12, 2006